1

The Honorable Marsha J. Pechman

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT SEATTLE

10                                              )
                                                )
11   IN RE WASHINGTON MUTUAL, INC.              )
     SECURITIES, DERIVATIVE & ERISA             )    No. 2:08-md-1919 MJP
12   LITIGATION                                 )
                                                )
13                                              )
                                                )
14   IN RE WASHINGTON MUTUAL, INC.              )
     SECURITIES LITIGATION                      )    Lead Case No. C08-0387 MJP
15                                              )
     This Document Relates to:                  )    **DECLARATION OF STEVEN P.**
16                                              )    **CAPLOW IN SUPPORT OF**
     *Lou Solton, Monterey County Treasurer, et* )    **OPPOSITION TO PLAINTIFFS'**
17   *al. v. Killinger, et al.* (No. 09-664-MJP) )    **MOTION TO REMAND**
                                                )
18   and                                        )    ***Note for Motion: October 2, 2009***
                                                )
19   *City of San Buenaventura v. Killinger, et al.* )  **ORAL ARGUMENT REQUESTED**
     (No. 09-816-MJP)                           )
20                                              )

21

22        Steven P. Caplow declares as follows:

23        1.      *Identity of Declarant*.  I am a member of the firm of Davis Wright Tremaine

24   LLP, and one of the counsel of record for Melissa Ballenger, Thomas W. Casey, Ronald J.

25   Cathcart, Stephen J. Rotella, David C. Schneider, and John F. Woods (collectively, the "WaMu

26   Officers").  I make this declaration in support of the Opposition to Plaintiffs' Motion to Remand

27   *Lou Solton, Monterey County Treasurer, et al. v. Killinger, et al.* (No. 09-664-MJP) and *City of*

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
*-and-*
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax:  (206) 757-7700

1    *San Buenaventura v. Killinger, et al.* (No. 09-816-MJP).  I have personal knowledge of the

2    matters stated in this declaration, and I could competently testify to them if called as a witness.

3            2.        ***Exhibit A***.  I have attached as Exhibit A a true and correct copy of Judge Lewis

4    A. Kaplan's April 22, 2009, Order denying remand of Plaintiffs' claims in *In re Lehman*

5    *Brothers Securities and ERISA Litigation*, No. 09-MD-2017 (LAK) (S.D.N.Y.).

6            3.        ***Exhibit B***.  I have attached as Exhibit B a true and correct copy of the Bylaws of

7    Washington Mutual, Inc. ("WaMu") as restated and amended through February 1, 2007.

8            4.        ***Exhibit C***.  I have attached as Exhibit C a true and correct copy of the July 17,

9    2007, indemnification agreement between Stephen E. Frank and Washington Mutual, Inc.

10   establishing Washington Mutual's obligation to indemnify Mr. Frank against any and all

11   expenses arising from actions against him by virtue of his position as a Washington Mutual

12   director.

13           5.        ***Exhibit D***.  I have attached as Exhibit D a true and correct copy of the December

14   16, 2008, Order of the United States Bankruptcy Court for the District of Delaware permitting

15   advancement of defense costs from the WaMu's D&O insurance policies.

16           I declare under penalty of perjury that the foregoing is true and correct to the best of my

17   knowledge.

18           Executed this 21st day of September, 2009, at Seattle, Washington.

19

20                                              */s/ Steven P. Caplow*
                                                Steven P. Caplow, WSBA #19843

21

22

23

24

25

26

27

DECLARATION OF
STEVEN P. CAPLOW—Page 2
Case No. 2:08-md-01919-MJP
Lead Case No. C08-0387-MJP

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
*-and-*
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax: (206) 757-7700

**<u>CERTIFICATE OF SERVICE</u>**

1

2      I hereby certify that on September 21, 2009, I electronically filed the foregoing with the

3  Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

4  mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5  have mailed the foregoing document or paper via United States first-class mail, postage prepaid,

6  to the non-CM/ECF participants indicated on the Manual Notice List.

7      DATED this 21st day of September, 2009.

8                                    Davis Wright Tremaine LLP

9

10                                   By */s/ Steven P. Caplow*
                                        Steven P. Caplow, WSBA # 19843
11                                      Suite 2200
                                        1201 Third Avenue
12                                      Seattle, Washington  98101-3045
                                        Telephone: (206) 757-8018
13                                      Fax:    (206) 757-7018 – *direct fax*
                                                (206) 757-7700 – *main fax*
14                                      E-mail: stevencaplow@dwt.com

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF
STEVEN P. CAPLOW
Case No. 2:08-md-01919-MJP
Lead Case No. C08-0387-MJP

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
*-and-*
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067

DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Tel.: (206) 622-3150
Fax:  (206) 757-7700