1                                    The Honorable Marsha J. Pechman

2

3

4

5

6

7              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
8                        AT SEATTLE

9

10

11   _____ )
                                            )
12   IN RE WASHINGTON MUTUAL, INC.          )
     SECURITIES, DERIVATIVE & ERISA         )   No. 2:08-md-1919 MJP
13   LITIGATION                             )
                                            )
14   _____ )
                                            )
15   IN RE WASHINGTON MUTUAL, INC.          )   Lead Case No. C08-0387 MJP
     SECURITIES LITIGATION                  )
16                                          )   **PLAINTIFFS' REPLY IN SUPPORT OF**
     This Document Relates to:              )   **MOTION TO REMAND**
17                                          )
     *Sweet v. Killinger*, No. C09-1718-MJP )
18                                          )
                                            )
19   _____ )

20   **I.      Introduction**

21          The Court should grant Plaintiffs' Motion to Remand this shareholder direct

22   action to Lane County, Oregon Circuit Court. Equitable factors – most importantly the

23   / / /

24   / / /

25   / / /

26

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

1 Oregon-centric nature of the case that distinguishes it from the other consolidated

2 cases – weigh in favor of remand on equitable grounds.[1]

3 **II.    Equitable Remand is Appropriate for this Oregon-Centered Shareholder Direct Action**

4

5       Plaintiffs recognize that the Court found equitable remand inappropriate in the

6 <u>Solton</u> and <u>Ventura</u> matters, but believes that Plaintiffs' factual allegations in this action

7 are distinguishable and weigh in favor of equitable remand.  The key factor, glossed

8 over by Defendants in their opposition brief, is that this shareholder direct action is

9 Oregon-centered.  Although this case shares with the consolidated cases some

10 common allegations of wrongdoings by Washington Mutual officers and directors in

11

12 terms of publicly released information, those allegations set the table for the ultimate

13 misrepresentations that targeted Plaintiffs on an individual and/or group basis.

14 Complaint, ¶¶ 98-99, 104-107.

15       Actions that ultimately convinced Plaintiffs to hold what would soon become

16 worthless shares of that same stock occurred in Oregon.  Discovery in this case will

17 necessarily focus on communications between:  (1) Defendants and the local Oregon

18 Washington Mutual branch employees and offices ; and (2) communications between

19 the local Oregon Washington Mutual branch employees and offices and Plaintiffs.

20

21 Oregon law, moreover, and not the federal securities laws that are the focus of the

22 consolidated actions, will govern this case.

23 / / /

24 _____

25       [1] The Court previously ruled on the "related to" jurisdiction issue, so Plaintiffs do not address that issue in this Reply.

26

PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO REMAND - Page 2
MDL No. 2:08-md-1919 MJP
Lead Case No. C08-0387 MJP
Case No. C09-1718 MJP

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

1    This factor, combined with the other factors weighing in favor of remand as set

2  forth in Plaintiff's motion, weigh in favor of remand on equitable grounds.

3  **III.    Conclusion**

4    For the reasons set forth in Plaintiff's motion to remand and the reasons set forth

5  above, the Court should remand this action to Lane County, Oregon Circuit Court.

6

    DATED this 13th day of January, 2010.

7

8                        STEWART SOKOL & GRAY, LLC

9

                    By:  s/ Thomas A. Larkin
10                       John Spencer Stewart, WSBA # 15887
                         Thomas A. Larkin, WSBA # 24515
11                       2300 SW First Avenue, Suite 200
                         Portland, OR 97201-5047
12                       Email: jstewart@lawssg.com
                         Email: tlarkin@lawssg.com
13                       Telephone: (503) 221-0699
                         Facsimile: (503) 223-5706
14

15

                         Walter B. Hogan, *Pro Hac Vice*
16                            *Admission to be Submitted*
                         706 Ash Street
17                       P. O. Box 458
                         Myrtle Point, Oregon 97458
18                       Email: whogan@aol.com
                         Telephone:   (541) 572-4060
19                       Facsimile:   (541) 572-4401

20

                         Of Attorneys for Plaintiffs
21

22

23

24

25

26

PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO REMAND - Page 3
MDL No. 2:08-md-1919 MJP
Lead Case No. C08-0387 MJP
Case No. C09-1718 MJP

STEWART SOKOL & GRAY ʟʟᴄ
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on January 13, 2010, the foregoing was electronically filed

3   with the Clerk of the Court using the CM/ECF system which will send notification of

4   such filing to all counsel of record who receive CM/ECF notification, and that the

5   remaining parties shall be served in accordance with the Federal Rules of Civil

6   Procedure.

7      DATED this 13th day of January, 2010.

8                                    STEWART SOKOL & GRAY LLC

9

10                          By: s/ Thomas A. Larkin
                               Thomas A. Larkin, WSBA 24515
11                             2300 SW First Avenue, Suite 200
                               Portland, OR 97201-5047
12                             Telephone: (503) 221-0699
                               Fax: (503) 223-5706
13                             Email: jstewart@lawssg.com

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO REMAND - Page 4
MDL No. 2:08-md-1919 MJP
Lead Case No. C08-0387 MJP
Case No. C09-1718 MJP

STEWART SOKOL & GRAY LLC
ATTORNEYS AT LAW
2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699
FAX (503) 223-5706