1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

| | |
|---|---|
| In Re Washington Mutual, Inc., Securities, Derivative & ERISA Litigation | CASE NO. 08-md-1919 MJP LEAD CASE NO. C08-387 MJP |
| IN RE WASHINGTON MUTUAL, INC., SECURITIES LITIGATION | MINUTE ORDER |
| This Document Relates to: ALL CASES | |

16
17

The following Minute Order is made by direction of the Court, the Honorable Marsha J.

18 Pechman, United States District Judge:

19        The parties have informed the Court that they continue to work towards finalizing

20 settlement papers, but they have not completed the process.  The Court therefore sets June 30,

21 2011, as the deadline by which the parties must file their settlement papers.  Any request to

22 extend this deadline must be supported by a showing of good cause.

23        \\

24        \\

MINUTE ORDER- 1

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed this 7th day of June, 2011.

3

4                                    William M. McCool
                                     Clerk of Court

5
                                     s/Mary Duett
6                                    Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER- 2