The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES & ERISA LITIGATION | No. 2:08-md-1919 MJP |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Lead Case No.: C08-387 MJP<br><br>**LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>NOTE ON MOTION CALENDAR:<br>June 27, 2011<br><br>[PLC-18] |

Pursuant to Local Rule CR 7(f)(1), Lead Plaintiff Ontario Teachers' Pension Plan Board requests leave to file an overlength motion of 19 pages in support of preliminary approval of three settlements that Lead Plaintiff has achieved with the Defendants in this Action (the "Settlements"), an additional seven pages beyond the amount ordinarily allowed for motions governed by Local Rule CR 7(e)(4). Rather than file three separate 12-page briefs, Lead Plaintiff seeks to file a single 19-page omnibus motion so that it can provide the Court with an explanation of the considerations that Lead Plaintiff believes support preliminary approval of these Settlements.

LEAD PLAINTIFF'S MOTION FOR LEAVE
TO FILE EXCESS PAGES [PLC-18]
Case No.: 2:08-md-1919 MJP

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 AVENUE OF THE AMERICAS, 38th Fl. NEW YORK, NY 10019
TELEPHONE (212) 554-1400 · FACSIMILE (212) 554-1444

| | |
|---|---|
| Dated: June 27, 2011 | Respectfully submitted,<br><br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br><br>By: /s/ *Hannah Ross*<br>Hannah Ross (*pro hac vice*)<br>Katherine M. Sinderson (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Tel: (212) 554-1400<br>Fax: (212) 554-1444<br>Email: hannah@blbglaw.com<br>       katherine@blbglaw.com<br><br>-and-<br><br>Timothy A. DeLange (*pro hac vice*)<br>Jon F. Worm (*pro hac vice*)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323<br><br>***Counsel for Lead Plaintiff Ontario Teachers' Pension Plan Board and Lead Counsel for the Class***<br><br>BYRNES & KELLER LLP<br>Bradley S. Keller, WSBA# 10665<br>Jofrey M. McWilliam, WSBA# 28441<br>1000 Second Avenue, Suite 3800<br>Seattle, Washington 98104<br>Tel: (206) 622-2000<br>Fax: (206) 622-2522<br>Email: bkeller@byrneskeller.com<br>       jmcwilliam@byrneskeller.com<br><br>***Liaison Counsel for the Class*** |

---

| | |
|---|---|
| LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES [PLC-18]<br>Case No.: 2:08-md-1919 MJP | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 AVENUE OF THE AMERICAS, 38th Fl. NEW YORK, NY 10019<br>TELEPHONE (212) 554-1400 · FACSIMILE (212) 554-1444 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses on the Court's Electronic Mail Notice list.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: /s/ Hannah Ross
Hannah Ross (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
Email: hannah@blbglaw.com
katherine@blbglaw.com

*Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board*
*and Lead Counsel for the Class*

BYRNES & KELLER LLP
Bradley S. Keller, WSBA# 10665
Jofrey M. McWilliam, WSBA# 28441
1000 Second Avenue, Suite 3800
Seattle, Washington 98104
Tel: (206) 622-2000
Fax: (206) 622-2522
Email: bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

*Liaison Counsel for the Class*

LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES [PLC-18]
Case No.: 2:08-md-1919 MJP

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 AVENUE OF THE AMERICAS, 38th Fl. NEW YORK, NY 10019
TELEPHONE (212) 554-1400 · FACSIMILE (212) 554-1444