The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES & ERISA LITIGATION | No. 2:08-md-1919 MJP |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION<br><br>This Document Relates to: ALL CASES | Lead Case No.: C08-387 MJP<br><br>**ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>NOTE ON MOTION CALENDAR:<br>June 27, 2011<br><br>[PLC-18] |

This matter came before the Court on Lead Plaintiff's motion, pursuant to Local Rule CR 7(f)(1), for leave to file an overlength motion.

IT IS HEREBY ORDERED that Lead Plaintiff's motion for leave to file excess pages is GRANTED. Lead Plaintiff may file an omnibus motion in support of preliminary approval of the Settlements not to exceed 19 pages in length.

DATED this 29th day of June, 2011.

_____
Marsha J. Pechman
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO
FILE EXCESS PAGES [PLC-18]
Case No.: 2:08-md-1919 MJP

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 AVENUE OF THE AMERICAS, 38th Fl. NEW YORK, NY 10019
TELEPHONE (212) 554-1400 · FACSIMILE (212) 554-1444