The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WASHINGTON

## AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. CALIFORNIA SECURITIES LITIGATION | No. 2:08-md-1919 MJP <br><br> Lead Case No. C09-664-MJP <br><br> **CALIFORNIA SECURITIES PLAINTIFFS' STATUS REPORT ON SETTLEMENT** |

**CALIFORNIA SECURITIES PLAINTIFFS' STATUS REPORT ON SETTLEMENT**
Case Nos.: 2:08-md-1919-MJP; C09-664-MJP

**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY,
LLP

The Court set today "as the deadline by which the parties must file their settlement papers." While Plaintiffs Monterey County and the City of Ventura ("Plaintiffs") understand this deadline applies to the Class Action, out of an abundance of caution, and to keep the Court abreast of settlement agreement progress, Plaintiffs submit this status update.

All parties have agreed and signed a Settlement Agreement. The parties shall now seek entry of an Approval Order by the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court") approving the settlement with a hearing before the Bankruptcy Court to be set on the first available date thereafter.

Dated:  June 30, 2011

Respectfully Submitted,

By:  /s/ Matthew K. Edling
**COTCHETT, PITRE & McCARTHY, LLP**
Mark C. Molumphy
mmolumphy@cpmlegal.com
Matthew K. Edling
medling@cpmlegal.com
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone:  (650) 697-6000

*Attorneys for Plaintiffs Monterey County and City of San Buenaventura*

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY,
LLP

**CALIFORNIA SECURITIES PLAINTIFFS' STATUS REPORT ON SETTLEMENT**
Case Nos.:  2:08-md-1919-MJP; C09-664-MJP

COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000