The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES & ERISA LITIGATION | No.   2:08-md-1919 MJP |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION | Lead Case No. C08-387 MJP |
| | PLC-20 |
| This Document Relates to:  ALL CASES | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE EXCESS PAGES IN FINAL APPROVAL AND ATTORNEYS' FEE MOTIONS** |
| | NOTE ON MOTION CALENDAR September 16, 2011 |

This matter came before the Court on the motion of Lead Plaintiff and Lead Counsel, pursuant to Local Rule CR 7(f)(1), for leave to file overlength motions.

IT IS HEREBY ORDERED that the motion for leave to file excess pages is GRANTED. Lead Plaintiff may file a motion in support of final approval of the Settlements not to exceed 25 pages in length and Lead Counsel may file a motion in support of an award of attorneys' fees and reimbursement of Litigation Expenses not to exceed 25 pages in length.

DATED this __ day of September, 2011

_____
The Honorable Marsha J. Pechman
United States District Judge

MOTION FOR LEAVE TO FILE EXCESS PAGES
[PLC-20]
Master No: 2:08-md-1919 MJP

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 554-1400

# CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses on the Court's Electronic Mail Notice list.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: /s/ Hannah Ross
Hannah Ross (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
1285 Avenue of the Americas
New York, New York  10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444
Email: hannah@blbglaw.com
            katherine@blbglaw.com

*Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board*
*and Lead Counsel for the Class*

BYRNES & KELLER LLP
Bradley S. Keller, WSBA# 10665
Jofrey M. McWilliam, WSBA# 28441
1000 Second Avenue, Suite 3800
Seattle, Washington  98104
Tel:    (206) 622-2000
Fax:    (206) 622-2522
Email: bkeller@byrneskeller.com
            jmcwilliam@byrneskeller.com

*Liaison Counsel for the Class*

#577248

MOTION FOR LEAVE TO FILE EXCESS PAGES [PLC-20]
Master No: 2:08-md-1919 MJP
2
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 554-1400