The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES & ERISA LITIGATION | No. 2:08-md-1919 MJP |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION | Lead Case No. C08-387 MJP |
| | PLC-20 |
| This Document Relates to: ALL CASES | **ORDER GRANTING MOTION FOR LEAVE TO FILE EXCESS PAGES IN FINAL APPROVAL AND ATTORNEYS' FEE MOTIONS** |
| | NOTE ON MOTION CALENDAR September 16, 2011 |

This matter came before the Court on the motion of Lead Plaintiff and Lead Counsel, pursuant to Local Rule CR 7(f)(1), for leave to file overlength motions.

IT IS HEREBY ORDERED that the motion for leave to file excess pages is GRANTED. Lead Plaintiff may file a motion in support of final approval of the Settlements not to exceed 25 pages in length and Lead Counsel may file a motion in support of an award of attorneys' fees and reimbursement of Litigation Expenses not to exceed 25 pages in length.

DATED this 19 day of September, 2011

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO
FILE EXCESS PAGES [PLC-20]
Master No: 2:08-md-1919 MJP

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

ORDER GRANTING MOTION FOR LEAVE TO
FILE EXCESS PAGES [PLC-20]
Master No: 2:08-md-1919 MJP

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 554-1400