The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES & ERISA LITIGATION | No. 2:08-md-1919 MJP |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION<br><br>This Document Relates to:  ALL CASES | Lead Case No.: C08-387 MJP<br><br>**UNDERWRITER DEFENDANTS' STATEMENT OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS, LEAD PLAINTIFF'S MOTION FOR APPROVAL OF PLAN OF ALLOCATION, AND LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>NOTE ON MOTION CALENDAR (Settlement Hearing Date): November 4, 2011 at 9:00 a.m.<br><br>PLC-21; PLC-22; PLC-23 |

Goldman, Sachs & Co., Morgan Stanley & Co. Incorporated, Credit Suisse Securities (USA) LLC, Deutsche Bank Securities Inc., UBS Securities LLC, J.P. Morgan Securities Inc., Barclays Capital Inc., Keefe, Bruyette & Woods, Inc., Cabrera Capital Markets, LLC, The Williams Capital Group, L.P., Citigroup Global Markets, Inc., Greenwich Capital Markets, Inc. (now known as "RBS Securities Inc."), BNY Mellon Capital Markets, LLC (successor to BNY Capital Markets, Inc.), and Samuel A. Ramirez & Company. Inc. (collectively, the "Underwriter Defendants"), hereby state that they do not oppose Lead Plaintiff's Motion for Final Approval of Class Action Settlements, Lead Plaintiff's Motion for Approval of Plan of Allocation, and Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Motions"), filed with this Court on September 25, 2011.  The Underwriter Defendants hereby submit this statement in connection with the proposed settlement of this action solely to make clear that they neither adopt nor join in the factual or legal discussions included in the Motions and the supporting documents.  While the Underwriter Defendants have entered into the settlement to resolve this litigation and therefore support its approval by the Court, they deny wrongdoing or liability in all respects and reserve all rights to contest the facts and legal analyses set forth in the Motions and the supporting documents in the event that, for any reason, the settlement is not approved and litigation of the claims herein resumes.

| | | |
|---|---|---|
| **UNDERWRITER DEFENDANTS'** **STATEMENT OF NON-OPPOSITION** (No. 2:08-md-1919 MJP) | GIBSON, DUNN & CRUTCHER LLP 333 SOUTH GRAND AVENUE LOS ANGELES, CA 90071-1512 Phone: (213) 229-7000 | K&L GATES LLP 925 FOURTH AVENUE, SUITE 2900 SEATTLE, WA  98104-1158 Phone: (206) 623-7580 |

2

DATE: October 14, 2011

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | K & L GATES LLP |
| By: /s/ Jonathan C. Dickey | |
| Jonathan C. Dickey | Paul J. Lawrence (WSBA No. 13557) |
| (*jdickey@gibsondunn.com*) | *paul.lawrence@klgates.com* |
| 200 Park Avenue | |
| New York, NY 10166-0193 | 925 Fourth Avenue, Suite 2900 |
| Phone: (212) 351-2400 | Seattle, WA 98104-1158 |
| | Phone: (206) 623-7580 |
| Dean J. Kitchens | |
| (*dkitchens@gibsondunn.com*) | Attorneys for the Underwriter Defendants |
| 333 South Grand Avenue | |
| Los Angeles, CA 90071-3197 | |
| Phone: (213) 229-7000 | |
| | |
| Admitted *pro hac vice* | |

**UNDERWRITER DEFENDANTS'**  GIBSON, DUNN & CRUTCHER LLP    K&L GATES LLP
**STATEMENT OF NON-OPPOSITION**  333 SOUTH GRAND AVENUE    925 FOURTH AVENUE, SUITE 2900
(No. 2:08-md-1919 MJP)    LOS ANGELES, CA 90071-1512    SEATTLE, WA 98104-1158
    Phone: (213) 229-7000    Phone: (206) 623-7580

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses on the Court's Electronic Mail Notice list.

*/s/ Jonathan C. Dickey*
Jonathan C. Dickey

**UNDERWRITER DEFENDANTS'**
**STATEMENT OF NON-OPPOSITION**
(No. 2:08-md-1919 MJP)

GIBSON, DUNN & CRUTCHER LLP
333 SOUTH GRAND AVENUE
LOS ANGELES, CA 90071-1512
Phone: (213) 229-7000

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158
Phone: (206) 623-7580