

**WMI Class Action**
Eric Jann to: pechmanorders     10/16/2011 06:55 PM

The Honorable Cheif Judge Marsha Pechman,

I owned Washington Mutual common stock hoping to provide for my retirement by reinvesting dividends each quarter and then rode the stock down into bankruptcy. Apparently specific individuals connected with Washington Mutual were at fault for the collapse, but really it was part of a collapse where fault can be found many places for creating an unsustainable credit fueled economy. Now years later the lawyers pick the bones, common share holders to get .07 per share perhaps and the attorneys no more than $5.8. Aside from fueling the industry, which includes keeping the lights on in the courthouse, what does this accomplish for society? Let's not pretend that this serves most of the "class". I wish I could assign my potential $28 to someone outside the process, but alas it will into the pot for bigger fish.

Sincerely,

Eric Jann

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 17 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY     DEPUTY



08-MD-01919-NTC