The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES & ERISA LITIGATION | No. 2:08-md-1919 MJP |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION | Lead Case No. C08-387 MJP |
| This Document Relates to: ALL CASES | PLC-24 |
| | **MOTION FOR LEAVE TO FILE EXCESS PAGES IN REPLY BRIEF** |
| | NOTE ON MOTION CALENDAR October 25, 2011 |

On September 25, 2011, Lead Plaintiff Ontario Teachers' Pension Plan Board filed a Motion for Final Approval of Class Action Settlements (ECF No. 884) and a Motion for Approval of the Plan of Allocation (ECF No. 885), and Lead Counsel filed a Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 886).

Pursuant to the Court's Order Preliminarily Approving Proposed Settlements and Providing for Notice dated July 21, 2011 (ECF No. 875), Lead Plaintiff and Lead Counsel will submit a reply brief or briefs in further support of those motions on October 28, 2011. Each of these three motions is governed by Local Rule CR 7(e)(4) and each reply brief would ordinarily be subject to a limit of six pages, for a total of eighteen pages. Pursuant to Local Rule CR 7(f)(1), Lead Plaintiff and Lead Counsel hereby respectfully request leave to file a single reply brief of no more than ten pages in length.

MOTION FOR LEAVE TO FILE EXCESS PAGES
IN REPLY BRIEF [PLC-24]
Master No: 2:08-md-1919 MJP

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400

| | |
|---|---|
| 1  Dated:  October 25, 2011 | Respectfully submitted, |
| 2 | |
| 3 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 4 | By: /s/ *Hannah Ross* <br> Hannah Ross (*pro hac vice*) |
| 5 | Katherine M. Sinderson (*pro hac vice*) <br> 1285 Avenue of the Americas |
| 6 | New York, New York  10019 <br> Tel:    (212) 554-1400 |
| 7 | Fax:    (212) 554-1444 <br> Email: hannah@blbglaw.com |
| 8 | katherine@blbglaw.com |
| 9 | ***Counsel for Lead Plaintiff*** <br> ***Ontario Teachers' Pension Plan Board and*** |
| 10 | ***Lead Counsel for the Class*** |
| 11 | |
| 12 | BYRNES & KELLER LLP <br> Bradley S. Keller, WSBA# 10665 |
| 13 | Jofrey M. McWilliam, WSBA# 28441 <br> 1000 Second Avenue, Suite 3800 |
| 14 | Seattle, Washington  98104 <br> Tel:    (206) 622-2000 |
| 15 | Fax:    (206) 622-2522 <br> Email: bkeller@byrneskeller.com |
| 16 | jmcwilliam@byrneskeller.com |
| 17 | ***Liaison Counsel for the Class*** |

MOTION FOR LEAVE TO FILE EXCESS PAGES  
IN REPLY BRIEF [PLC-24]  
Master No: 2:08-md-1919 MJP

2

Bernstein Litowitz Berger & Grossmann LLP  
1285 Avenue of the Americas  
New York, NY  10019  
(212) 554-1400

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses on the Court's Electronic Mail Notice list.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: /s/ Hannah Ross
Hannah Ross (*pro hac vice*)
Katherine M. Sinderson (*pro hac vice*)
1285 Avenue of the Americas
New York, New York  10019
Tel:    (212) 554-1400
Fax:    (212) 554-1444
Email: hannah@blbglaw.com
           katherine@blbglaw.com

*Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board*
*and Lead Counsel for the Class*

BYRNES & KELLER LLP
Bradley S. Keller, WSBA# 10665
Jofrey M. McWilliam, WSBA# 28441
1000 Second Avenue, Suite 3800
Seattle, Washington  98104
Tel:    (206) 622-2000
Fax:    (206) 622-2522
Email: bkeller@byrneskeller.com
           jmcwilliam@byrneskeller.com

*Liaison Counsel for the Class*

#592095

---

MOTION FOR LEAVE TO FILE EXCESS PAGES IN REPLY BRIEF [PLC-24]
Master No: 2:08-md-1919 MJP

3

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 554-1400