The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES & ERISA LITIGATION | No.  2:08-md-1919 MJP |
|  |  |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION | Lead Case No. C08-387 MJP |
|  | PLC-24 |
| This Document Relates to:  ALL CASES | |
|  | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE EXCESS PAGES IN REPLY BRIEF** |
|  | NOTE ON MOTION CALENDAR October 25, 2011 |

This matter came before the Court on the motion of Lead Plaintiff and Lead Counsel, pursuant to Local Rule CR 7(f)(1), for leave to file an overlength reply brief.

IT IS HEREBY ORDERED that the motion for leave to file excess pages is GRANTED. Lead Plaintiff and Lead Counsel may file a single reply brief in further support of their motions for final approval of the class action Settlements, for approval of the Plan of Allocation, and for an award of attorneys' fees and reimbursement of litigation expenses not to exceed ten pages in length.

DATED this ___ day of October, 2011

_____
The Honorable Marsha J. Pechman
United States District Judge

| | |
|---|---|
| [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE EXCESS PAGES IN REPLY BRIEF [PLC-24] Master No: 2:08-md-1919 MJP | Bernstein Litowitz Berger & Grossmann LLP 1285 Avenue of the Americas New York, NY  10019 (212) 554-1400 |