The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. SECURITIES & ERISA LITIGATION | No. 2:08-md-1919 MJP |
| IN RE WASHINGTON MUTUAL, INC. SECURITIES LITIGATION | Lead Case No. C08-387 MJP |
| This Document Relates to:  ALL CASES | |

**REPLY DECLARATION OF HANNAH ROSS
IN FURTHER SUPPORT OF LEAD PLAINTIFF'S MOTIONS FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENTS AND APPROVAL OF
PLAN OF ALLOCATION AND LEAD COUNSEL'S MOTION FOR
AN AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES**

I, HANNAH ROSS, under the penalty of perjury, declare as follows:

1.  I am a partner with the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G" or "Lead Counsel").  I submit this reply declaration in further support of Lead Plaintiff's motions for final approval of the proposed Settlements and approval of the Plan of Allocation, and Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a letter from Angela L. Marsteiner to the Clerk's Office of the United States District Court for the Western District of Washington, Ronald L. Berenstain, Esq. of Perkins Coie LLP, and myself, dated September 29, 2011.  The version of this letter that is attached is the redacted copy that was filed on the Court's docket on October 21, 2011 (ECF No. 896).

SUPPLEMENTAL DECLARATION OF HANNAH ROSS
Master No: 2:08-md-1919 MJP

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 554-1400

3.      Attached hereto as Exhibit 2 are true and correct copies of letters from James Newman to the United States District Court for the Western District of Washington, dated October 6, 2011 (ECF No. 892) and October 17, 2011 (ECF No. 895).

4.      Attached hereto as Exhibit 3 are true and correct copies of (a) a letter from Annette L. Lynes-Meeks, dated September 14 and 15, 2011, that was forwarded to Lead Counsel by Perkins Coie LLP, and (b) a letter from Rochelle Feder Hansen of BLB&G to Ms. Lynes-Meeks, dated October 18, 2011. In the interest of Ms. Lynes-Meeks's privacy, social security numbers, account numbers, residential street addresses and telephone numbers have been redacted from Exhibit 3.

5.      Attached hereto as Exhibit 4 is a true and correct copy of an email from Eric Jann to the Court, dated October 16, 2011 (ECF No. 894).

6.      Attached hereto as Exhibit 5 are true and correct copies of (a) a letter from Raffaele Fazio, Deputy General Counsel of Koch Companies Public Sector, LLC, to In re Washington Mutual, Inc. Securities Litigation EXCLUSIONS, c/o The Garden City Group, Inc., dated September 8, 2011, and (b) a letter from Rochelle Feder Hansen of BLB&G to Mr. Fazio, dated October 19, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 28th day of October, 2011, in New York, New York.

_____
Hannah Ross

SUPPLEMENTAL DECLARATION OF HANNAH ROSS
Master No: 2:08-md-1919 MJP

2

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 554-1400

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2011, I electronically filed the foregoing and all of its attachments with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses on the Court's Electronic Mail Notice list. Additionally, the foregoing and all of its attachments were served by first-class mail on October 28, 2011 on the following:

Ms. Angela L. Marsteiner
83910 Charro Dr.
Indio, CA 92203

Mr. James Newman
49 Park Avenue
Hawthorne, NJ 07506

Ms. Annette Lynes-Meeks
703 Broadmoor Dr.
Mountain Home, AR 72653

And via e-mail on October 28, 2011 on Eric Jann at ericjann@comcast.net.

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: /s/ *Hannah Ross*
Hannah Ross (pro hac vice)
Katherine M. Sinderson (pro hac vice)
1285 Avenue of the Americas
New York, New York 10019
Tel:   (212) 554-1400
Fax:   (212) 554-1444
Email: hannah@blbglaw.com
       katherine@blbglaw.com

*Counsel for Lead Plaintiff*
*Ontario Teachers' Pension Plan Board*
*and Lead Counsel for the Class*

BYRNES KELLER & CROMWELL LLP
Bradley S. Keller, WSBA# 10665
Jofrey M. McWilliam, WSBA# 28441
1000 Second Avenue, Suite 3800
Seattle, Washington 98104
Tel:   (206) 622-2000
Fax:   (206) 622-2522
Email: bkeller@byrneskeller.com
       jmcwilliam@byrneskeller.com

*Liaison Counsel for the Class*

SUPPLEMENTAL DECLARATION OF HANNAH ROSS
Master No: 2:08-md-1919 MJP

3

Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400