# Exhibit 1

**Clerk's Office**
United States District Court of the
Western District of Washington
Clerk of the Court
United States Courthouse
700 Stewart Street
Seattle, WA 98101

Thursday, September 29, 2011

**Lead Counsel for the Class**
Hannah G. Ross, Esq.
Berstein Litowitz Berger
& Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

**Representative Counsel of the**
**Individual Defendants**
Ronald L. Berenstain, Esq
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101 – 3099

I, Angela L. Marsteiner, am a Class Action Member holding Common Stock in an IRA account. *I do not approve of the D&O/WMI Settlement or the attorneys' fees and reimbursement expenses.*

$105 million to compensate for approximately 1.433 billion shares of WMI common stock is inadequate. If additional monies are unavailable I suggest an extra Stock Settlement to be incorporated into the Defendants Settlement offer from the following; Goldman, Sachs & Co., Morgan Stanley & Co. LLC, Credit Suisse Securities LLC, Deutsche Bank Securities Inc., UBS Securities LLC, J.P. Morgan Securities Inc., Barclays Capital Inc., Keefe, Bruyette & Woods Inc., Cabrera Capital Markets LLC, The Williams Capital Group, L.P., Citigroup Global Markets Inc., RBS Securities Inc., BNY Mellon Capital Markets LLC and any others included in the Class Action.

If I calculated correctly the attorneys are requesting (22.5%) approximately $46 million for fees, plus an additional $5.8 million for expenses. Although I believe the attorneys have worked hard for every penny of this request, I don't believe it should be paid from the Settlement funds. Since Class Members are not personally liable for any such fees and expenses (as stated in the notice) I believe these should be paid by the Defendants separate from the Settlements.

Sincerely,

Angela L. Marsteiner
TD Ameritrade Inc. Custodian

**08-MD-01919-PET**

Monthly Statements

Case 2:08-md-01919-MJP Document 896 Filed 10/21/11 Page 2 of 19
Case 2:08-cv-00387-MJP Document 32-1 Filed 10/28/11 Page 3 of 20

TD AMERITRADE

**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA NE, 68103-2209**
800-669-3900

SIPC

| Account No. | Your Representative | Statement Period |
|---|---|---|
| ████0512 | FF | 12/30/2006-01/26/2007 |

ANGELA L MARSTEINER IRA
AMERITRADE
INC CUSTODIAN


*THE TD AMERITRADE EASY IRA.*
*DISCOVER MORE AT TDAMERITRADE.COM*
*OR CALL A RETIREMENT SPECIALIST*
*AT 866-680-5058. CONTRIBUTE TO YOUR*
*EXISTING TD AMERITRADE IRA*
*BEFORE APRIL 17, 2007!*

Account Summary As Of 01/26/2007                    Client Accounts Protected Up To $150,000,000

## Portfolio Summary

| | Current Month Value | % of Long Value |
|---|---|---|
| Stocks | $14,776 | 100.0 |
| *Long Market Value | $14,776 | 100.0 |
| Money Market (MM) Balance | $472 | |
| *Net Account Value | $15,248 | |
| *Total Equity | $15,248 | |
| *Excludes unpriced securities(NP) | | |

## Money Balance Summary

| Account Type | Opening Balance | Closing Balance |
|---|---|---|
| Net Cash Balance | $0.00 | $0.00 |
| Money Market (MM) | $4,392.69 | $471.74 |
| Total Money Balance | $4,392.69 | $471.74 |

## Income Summary

| Description | Current | Year to Date |
|---|---|---|
| QUALIFIED DIVIDENDS | $30.80 | $30.80 |
| Reserve Fund Dividends | 14.23 | 14.23 |

## Security Positions

| Acct Type | Quantity | Description | Ticker Symbol | Market Price | Market Value |
|---|---|---|---|---|---|
| 1 | 100 | AT&T INC COM | T | $36.40 | $3,640 |
| 1 | 110 | GENERAL ELECTRIC CO COM | GE | 36.07 | 3,968 |
| 1 | 16 | HANESBRAND INC COM | HBI | 25.89 | 414 |

10/17/2011

policies of The Reserve. The Reserve investments reflected in your brokerage account are held by The Reserve and are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account. Non-deposit investments held by your broker-dealer are NOT FDIC INSURED / NOT BANK GUARANTEED / MAY LOSE VALUE.

## Yield Information

| Portfolio Name | Current Yield | Effective Yield | 30-day Average Yield |
|---|---|---|---|
| PRIMARY (R) | 4.3314 | 4.4261 | 4.4261 |

## TD AMERITRADE Cash Interest Credited

| Begin Date | Credit Balance | Number of Days | Interest Rate | Interest Credited |
|---|---|---|---|---|
| 01/05/2007 | $4,000.00 | 3 | 0.1 | $0.03 |
| 01/08/2007 | 4,013.00 | 1 | 0.1 | 0.01 |
| 01/09/2007 | 4,000.00 | 1 | 0.1 | 0.01 |
| Total Interest to Be Credited | | | | $0.05 |

## Important Information

KEEP THIS STATEMENT FOR INCOME TAX PURPOSES

THE ABOVE PRICES ARE PROVIDED ONLY AS A GENERAL GUIDE TO VALUE YOUR PORTFOLIO. CURRENT QUOTATIONS ARE AVAILABLE THROUGH YOUR BROKER. CERTIFICATES OF DEPOSIT ARE PRICED AT PAR. SALE PRIOR TO MATURITY MAY RESULT IN A LOSS OF PRINCIPAL. MORTGAGE BACKED POSITIONS ARE VALUED USING THE REMAINING BALANCE AND THE CURRENT MARKET PRICE.

EQUITY AND OPTION POSITIONS IN VOLT INFORMATION SCIENCES INC, WHICH IS SCHEDULED TO SPLIT WITH EX-DIVIDEND DATES OF 1/29/2007, ARE REFLECTED AFTER THE EFFECTS OF THE SPLIT IN THE SECURITY POSITIONS AND ACCOUNT ACTIVITY SECTIONS OF THIS STATEMENT.

NON-STANDARD ASSETS: THIS STATEMENT SHOWS ALL ASSETS IN YOUR ACCOUNT, INCLUDING CERTAIN DIRECT INVESTMENTS THAT MAY BE HELD BY A THIRD PARTY. AMERITRADE IS NOT RESPONSIBLE FOR THIRD-PARTY INFORMATION, INCLUDING THE VALUATION OF CERTAIN NON-STANDARD ASSETS. THE PRICE SHOWN REPRESENTS AN ESTIMATED VALUE THAT IS PROVIDED BY AN ANNUAL REPORT OR OTHER SOURCE. THE ESTIMATED VALUE OF THESE ASSETS MAY NOT BE REALIZED WHEN YOU TRY TO LIQUIDATE THE POSITION. ASSETS HELD BY A THIRD PARTY ARE NOT COVERED BY THE SECURITIES INVESTOR PROTECTION CORPORATION (SIPC).

10/17/2011

| 1 | 130 | SARA LEE CORP COM | SLE | 17.10 | 2,223 |
| 1 | 100 | WASHINGTON MUTUAL COM | WM | 45.31 | 4,531 |
| | | **Total Account Value** | | | **$14,776** |

## Account Activity

| Trade Date | Settle Date | Description | Quantity | Price /Rate | Debit | Credit |
|---|---|---|---|---|---|---|
| | | **OPENING BAL CASH ACCOUNT** | | | | |
| 01/04/2007 | 01/05/2007 | ACH IN | | | | 4,000.00 |
| 01/08/2007 | 01/08/2007 | DIV/INT<br>SARA LEE CORP COM Payable: 01/08/2007<br>QUALIFIED DIVIDENDS 13.00 | | | | 13.00 |
| 01/09/2007 | 01/09/2007 | JOURNAL<br>RESERVE FUND PURCHASE RMF PRIMARY<br>PORTFOLIO | | | 13.00 | |
| 01/10/2007 | 01/10/2007 | JOURNAL<br>RESERVE FUND PURCHASE RMF PRIMARY<br>PORTFOLIO | | | 4,000.00 | |
| 01/16/2007 | 01/19/2007 | BUY<br>WASHINGTON MUTUAL COM | 100 | 44.84 | 4,493.99 | |
| 01/16/2007 | 01/19/2007 | BUY<br>AT&T INC COM | 100 | 34.75 | 3,484.99 | |
| 01/19/2007 | 01/19/2007 | JOURNAL<br>RESERVE FUND REDEMPTION RMF PRIMARY<br>PORTFOLIO | | | | 7,978.98 |
| 01/25/2007 | 01/25/2007 | DIV/INT<br>GENERAL ELECTRIC CO COM Payable: 01/25/2007<br>QUALIFIED DIVIDENDS 30.80 | | | | 30.80 |
| 01/26/2007 | 01/26/2007 | JOURNAL<br>RESERVE FUND PURCHASE RMF PRIMARY<br>PORTFOLIO | | | 30.80 | |
| | | **CLOSING BAL CASH ACCOUNT** | | | | |
| | | **Total Account Balance** | | | | **$0.00** |

## The Reserve Activity

| Date | Transaction | Debits | Credits |
|---|---|---|---|
| | **OPENING BALANCE** | | **$4,392.69** |
| 01/09/2007 | PURCHASE THROUGH AGENT | | 13.00 |
| 01/10/2007 | PURCHASE THROUGH AGENT | | 4,000.00 |
| 01/19/2007 | REDEMPTION BY AGENT | 7,978.98 | |
| 01/26/2007 | PURCHASE THROUGH AGENT | | 30.80 |
| 01/26/2007 | DIVIDEND | | 14.23 |
| | **CLOSING BALANCE** | | **$471.74** |

An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the funds seek to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in a money market fund. Dividends are declared daily and paid/reinvested monthly. The prospectus contains this and other important information. To obtain a prospectus, please contact The Reserve at 800-637-1700. Read the prospectus carefully before investing. TD AMERITRADE, Inc. is not responsible for the services or

Case 2:08-cv-00387-MJP Document 29-1 Filed 10/21/11 Page 7 of 19



# TD AMERITRADE

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
03/01/08 - 03/31/08

**Statement for Account #‗‗‗512**
ANGELA L MARSTEINER IRA TD AMERITRADE
INC CUSTODIAN

**Announcements:**
ROLL OVER YOUR OLD 401(K) OR IRA TO
TD AMERITRADE AND PUT YOUR MONEY
TO WORK FOR YOU VISIT A BRANCH
NEAR YOU BY 7/31/08 AND GET A FREE
RETIREMENT CONSULTATION. OR CALL
888-385-2739 TO GET STARTED NOW.

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - | - |
| Bonds | - | - | - | - | - | - | - |
| MMDA | - | - | - | - | - | - | - |
| Money Market | 182.57 | 6,084.04 | (5,901.47) | (97.0)% | - | - | 1.1% |
| Short Balance | - | - | - | - | - | - | - |
| Stocks | 16,880.70 | 10,715.90 | 6,164.80 | 57.5% | 741.00 | 4.4% | 98.9% |
| Short Stocks | - | - | - | - | - | - | - |
| Options | - | - | - | - | - | - | - |
| Short Options | - | - | - | - | - | - | - |
| Mutual Funds | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| **Total** | **$17,063.27** | **$16,799.94** | **$263.33** | **1.6%** | **$741.00** | **4.3%** | **100%** |

## Cash Activity Summary

| | Current | Prior Value | YTD |
|---|---|---|---|
| Opening balance | $ 0.00 | $ - | $ - |
| Securities Purchased | (5,905.99) | (5,905.99) | |
| Securities Sold | - | | |
| Contributions | - | | 5,000.00 |
| Distributions | - | | |
| Income | - | | 102.75 |
| Expense | - | | |
| Other | 5,905.99 | | 803.24 |
| Closing balance | $ 0.00 | | $0.00 |

## Retirement Account Summary

| Contributions | Distributions | 2008 PTD | 2008 YTD | 2007 YTD |
|---|---|---|---|---|
| Contributions | Distributions | $ - | $5,000.00 | $4,000.00 |
| Employer Cont. | Rollover | - | - | - |
| Direct Transfer | Tax Withheld | - | - | - |
| Income | Recharact | - | - | - |
| Other | Roth Conv. | - | - | - |

## Performance Summary

| | YTD |
|---|---|
| Cost Basis As Of - 03/31/08 | $13,884.97 |
| Unrealized Gains | 345.01 |
| Unrealized Losses | (3,704.98) |
| Funds Deposited/(Disbursed) | 5,000.00 |
| Income/(Expense) | 102.75 |
| Securities Received/(Delivered) | 0.00 |

**Portfolio Allocation**

Stocks 98.9%
Money Market 1.1%

**Statement for Account #____ 0512**

**03/01/08 - 03/31/08**

## Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| Qualified Dividends | | $ 102.75 |
| Money Mkt Fund Div | $ 0.00 | 26.87 |
| | 4.52 | |

## Account Positions

| Investment Description | Symbol/CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Annual Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| AT&T INC COM | T | 100 | $ 38.30 | $3,830.00 | 01/16/07 | $ 3,484.99 | $ 34.85 | $ 345.01 | $ 160.00 | 4.2% |
| GENERAL ELECTRIC CO COM | GE | 110 | 37.01 | 4,071.10 | | - | NP | | 136.40 | 3.4% |
| HANESBRAND INC COM | HBI | 16 | 29.20 | 467.20 | | - | NP | | | |
| SARA LEE CORP COM | SLE | 130 | 13.98 | 1,817.40 | | - | NP | | 54.60 | 3.0% |
| WASHINGTON MUTUAL COM | WM | 650 | 10.30 | 6,695.00 | 01/16/07 | 10,399.98 | 16.00 | (3,704.98) | 390.00 | 5.8% |
| **Total stocks** | | | | **$16,880.70** | | **$13,884.97** | | **$(3,359.97)** | **$741.00** | **4.4%** |
| **Total Cash account** | | | | **$16,880.70** | | **$13,884.97** | | **$(3,359.97)** | **$741.00** | **4.4%** |

## Account Activity

| Trade Date | Settle Date | Account Type | Transaction | Description | Symbol/Cusip | Quantity | Price | Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 |
| 03/07/08 | 03/12/08 | Cash | Buy | WASHINGTON MUTUAL COM | WM | 550 | $ 10.72 | $ (5,905.99) |
| 03/12/08 | 03/12/08 | Cash | Journal | REDEMPTION TDAM MM PORTFOLIO CLASSA | | | 0.00 | 5,905.99 |

## Money Market Fund Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| Opening balance | $ 6,084.04 | | | | | $ 0.00 |
| 03/01/08 | 6,084.04 | 2 | 2.4350 | $ 0.81 | $ 0.81 | $ - |
| 03/03/08 | 6,084.04 | 1 | 2.2945 | 0.38 | 1.19 | - |
| 03/04/08 | 6,084.04 | 1 | 2.3644 | 0.40 | 1.59 | - |
| 03/05/08 | 6,084.04 | 1 | 2.3476 | 0.39 | 1.98 | - |
| 03/06/08 | 6,084.04 | 1 | 2.3435 | 0.39 | 2.37 | - |
| 03/07/08 | 6,084.04 | 3 | 2.3399 | 1.17 | 3.54 | - |
| 03/10/08 | 6,084.04 | 1 | 2.3297 | 0.39 | 3.93 | - |
| 03/11/08 | 6,084.04 | 1 | 2.3151 | 0.38 | 4.31 | - |
| 03/12/08 | 178.05 | 1 | 2.2933 | 0.02 | 4.33 | - |
| **Closing balance** | | | | | | **$ 0.00** |

## Statement for Account # ____0512

### 03/01/08 - 03/31/08

**Money Market Fund Account Interest Credited**

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 03/13/08 | 178.05 | 1 | 2.2944 | 0.01 | 4.34 | - |
| 03/14/08 | 178.05 | 3 | 2.2944 | 0.03 | 4.37 | - |
| 03/17/08 | 178.05 | 1 | 2.2717 | 0.01 | 4.38 | - |
| 03/18/08 | 178.05 | 1 | 2.2101 | 0.01 | 4.39 | - |
| 03/19/08 | 178.05 | 1 | 2.1437 | 0.01 | 4.40 | - |
| 03/20/08 | 178.05 | 4 | 2.1075 | 0.04 | 4.44 | - |
| 03/24/08 | 178.05 | 1 | 2.0932 | 0.01 | 4.45 | - |
| 03/25/08 | 178.05 | 1 | 2.0328 | 0.01 | 4.46 | - |
| 03/26/08 | 178.05 | 1 | 2.0168 | 0.01 | 4.47 | - |
| 03/27/08 | 178.05 | 1 | 1.9576 | 0.01 | 4.48 | - |
| 03/28/08 | 178.05 | 3 | 2.0263 | 0.03 | 4.51 | - |
| 03/31/08 | 178.05 | 1 | 2.0260 | 0.01 | 4.52 | - |

**Total interest income** — $4.52

**Money Market Fund Account Activity**

| Date Cleared | Check Number | Date Written | Transaction | Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Opening balance | | | | | | | | $6,084.04 |
| 03/12/08 | | 03/12/08 | Delivered | Tdam Mm Portfolio Class A | | | | 178.05 |
| | | | | Redemption Tdam Mm Portfolio Class A | | | $ (5,905.99) | |
| 03/31/08 | | 03/31/08 | Received | Money Market Fund Dividends | | | 4.52 | 182.57 |
| Closing balance | | | | | | | | $182.57 |

Keep this statement for income tax purposes

**Important Information**

The above prices are provided only as a general guide to value your portfolio.  Current quotations are available through TD AMERITRADE.  Certificates of deposit are priced at market prices.  Sale of bonds prior to maturity may result in a loss of principal.  Mortgage backed positions are valued using the remaining balance and the current market price.

Non-Standard Assets:  This statement shows all assets in your account including certain direct investments that may be held by a third party.  TD AMERITRADE is not responsible for third-party information, including the valuation of certain non-standard assets.  The price shown represents an estimated value that is provided by an annual report or other source.  The estimated value of these assets may not be realized when you try to liquidate the position.  Assets held by a third party are not covered by the Securities Investor Protection Corporation (SIPC).

**Statement for Account #▉▉▉0512**
03/01/08 - 03/31/08

**Important Information**

Required Annual FINRA Information: FINRA maintains a toll-free Public disclosure hotline where investors may call to request disclosable background information on any licensed broker or broker-dealer. To call the hotline, dial 1-800-289-9999. FINRA also maintains an Internet web site where investors may obtain useful information concerning FINRA policies, procedures and services. The web site can be accessed at www.finra.org. Additionally, FINRA has a brochure which describes the investor education and protection program. You may request this brochure either through the FINRA web site or by calling the toll-free public disclosure hotline.

Certain purchases of Class A Mutual Funds may be eligible for a breakpoint discount on the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/web/groups/rules_regs/documents/rules_regs/p010543.pdf

Equity And Option Positions In Gfi Group, Inc., Which Is Scheduled To Split With An Ex-Dividend Date Of 4/1/2008, Is Reflected After The Effects Of The Split In The Security Positions And Account Activity Sections Of This Statement.

## Portfolio Report Guide

TD AMERITRADE provides monthly Portfolio Reports for accounts with activity and quarterly reports for inactive accounts with assets. [1]

### Portfolio Summary
Tracks the current value of your portfolio as of the report date and compares it to the prior month. [2] The asset allocation indicates your portfolio diversification by investment type.

Multiple allocations under 5% will be categorized in the category of "Other" in the pie chart.

### Activity Summary
Margin Equity = Total Account Equity/(Total Long Marginable Value + Total Short Value)

The opening and closing cash balances are reconciled here by your quick reference. All account activity is summarized for the current period and year-to-date.

### Income & Expense Summary (non-IRA only)
This section details the income and expenses paid/paid from this Activity Summary and classifies the tax treatment.

### Performance Summary
Monitor your portfolio performance and the unrealized gains and losses for your future investment strategy.

### Account Positions
View your investments at their current market value and compare this the original cost to see unrealized gains and losses in your portfolio. Original cost is assigned during the first-in, first-out (FIFO) method, which assumes the first shares you sell are those you purchased first. The oldest purchase date is shown for an indication of your holding period.

### Retirement Account Summary (IRAs only)
Review this IRS regulated transactions for the current value and prior years. IRS Form 5498 for market value is based on the current value as of December 31 of the previous year and will be furnished to the Internal Revenue Service.

Please notify us promptly of any changes in your contact information. Transactions reflected on your report will be conclusively deemed accurate unless you notify.    TD AMERITRADE

### Account Activity
All account activity is clearly defined, listed in date order, and reflected in the closing cash balance.

### Positions Closed this Month
Includes securities sold this month showing the oldest trade date for the original purchase and the realized gain or loss.

### Trades Pending Settlement
Confirm your executed trades with a settlement date after month end. These transactions will be reflected in this Account Activity section next month.

### Open Orders
Review your open limit orders for accuracy and notify us immediately if you wish to change or cancel an order.

### Cash Management Activity
Cash Management Activity transactions (including check, debit card and ATM activity) that cleared during this month are listed in date order.

[1] Due to rounding adjustments, the statement details may not equal the statement totals.
[2] Estimated Annual Income and Estimated Annual Yield values are based upon the number of shares owned as of the statement date and the most recent dividend rate provided prior to maturity. Portfolio report valuations may not represent actual prices.

---

TD AMERITRADE does not provide investment, legal, or tax advice. Please consult your legal advisor or tax accountant when necessary. As a standard industry practice, phone conversations may be recorded for quality control and transaction verification purposes.

For TD AMERITRADE Institutional client, your advisor firm is separate from and not affiliated with TD AMERITRADE Clearing, Inc. and each firm is not responsible for the products and services of the other.

### Accuracy of Reports
If you find any errors or omissions in your account statement you should immediately call us at the number listed on page one of your statement. You should also contact our Clearing firm, TD AMERITRADE Clearing, Inc. at 402-970-7724. Please review this statement carefully. If you believe there is a discrepancy between your account and your records, please contact the Client Services representative at the number shown on this statement. If you still have a question about your account, you may contact TD AMERITRADE Clearing, Inc. in writing within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be re-confirmed in writing. The statement will otherwise be considered conclusive.

### Account Protection
Deposits made in your TD Bank USA, N.A. Money Market Deposit Account are insured by the FDIC (not covered by SIPC) up to $100,000 per depositor (up to $250,000 of protection for the combined total of the traditional and Roth IRAs, self-directed Keogh and certain other retirement accounts).

Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, are not FDIC insured, and involve investment risks, including possible loss of principal. TD AMERITRADE, Inc. is a member of the Securities Investor Protection Corporation. Securities in your account protected up to $500,000. For details, please visit www.sipc.org or call (202)371-8300. Up to an aggregate of $250 million of additional securities protection is provided to you through London insurers. This additional protection provides an aggregate of $150 million for customer theft or physical loss. This coverage provides you protection against insolvency and does not protect against losses in market value of the securities.

### Tax Reporting
The income on this statement is reported on Form 1099 for annual tax reporting in compliance with IRS requirements (excludes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which will be reflected on subsequent tax return.

### Cost Basis
Cost Basis, tax lot and performance reporting and data/shopper are offered and conducted by CCH INCORPORATED. TD AMERITRADE is not responsible for the reliability or suitability of the information. TD AMERITRADE and its information provider ("Provider") do not guarantee the accuracy of the information and data provided. CCH INCORPORATED is a separate company and is not affiliated with TD AMERITRADE.

### Margin and Options Account Agreements
Promptly advise TD AMERITRADE in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account. A summary of the commissions and charges incurred with the execution of options transactions is available.

### Current Market Prices
The market values of securities have been obtained, if available, from quotation services and other independent sources. Non-Priced securities are indicated by "NP" and may affect statement prices, or other methods. Non-Priced securities on this statement are not provided on this statement and we do not guarantee the accuracy of any securities prices.

Limited Partnerships are non-traded Real Estate Investment Trusts are generally illiquid and have no public market. annual valuations are obtained from a third party of the general partner. The secondary market for Certificates of Deposits (CDs) is generally illiquid and the actual value may be different from the price. A significant loss of principal may result from the sale of a CD prior to maturity. Portfolio report valuations may not represent actual prices.

---

All transactions are subject to (i) the constitution, rules, regulations, customs and usages of the exchange or market, and (ii) federal and state laws and such regulations as may be enacted, (iii) federal regulations, if any, on which 1933 and the Securities Exchange Act of 1934, each as amended to date and the rules and regulations of the NASD and the Federal Reserve System.

For an Investor brochure that includes information describing the NASD's Public Disclosure Program, please contact the NASD at 800-289-9999 or www.nasd.com.

The interest rate shown for TD AMERITRADE Cash is taken from the applicable interest rate tier for the Market Value balance in the account daily based on the statement closing date. Simple interest is accrued daily based on the interest rate tier applicable to each day's balance. Interest earned by you in TD AMERITRADE Cash is determined by balances held in the accounts and credited as follows: $.01 to $1,999; $2,000 to $9,999; $10,000 to $24,999; $25,000 to $99,999; $100,000 and above.

The annual percentage yield earned for the statement period on the TD AMERITRADE Cash balances is an annualized rate that reflects the relationship between the amount of interest actually earned in your accounts during the statement period and the average daily balances in the account for the period.

### Financial Statement Notification
The statement of financial condition for TD AMERITRADE is available twice a year and may be obtained at no cost, via the internet at http://www.tdameritrade.com/financialstatement.html.

### Allocation likelihood
In the event any of your securities are called or assigned, the securities will be selected on an impartial, random basis.

### Free Credit Balances (Rule 15c3-2 & 3)
Under the client protection rules, we may use free credit balances in your account in the ordinary course of our business which are payable to you on demand.

### Margin Accounts (Regulation T)
If you have a margin account, this report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may obtain a copy of this document by contacting us at the number listed on page one of your statement.

### Payment for Order Flow (SEC Rules 606 and 607)
In the event any brokerage firm receives compensation for directing certain over-the-counter and listed equity order flow to selected market makers, brokers or dealers. Compensation is in the form of a per share cash payment. More specific information is available upon request. The source and nature of any compensation received in connection with any particular transaction may be furnished upon request. The firm may receive payment for order flow. Our policy of seeking best improvement on market orders. Price improvement is available under certain market conditions, and we regularly monitor executions to test for such improvement if available.

### Privacy Policy Notification
A copy of the TD AMERITRADE privacy policy is available at www.tdameritrade.com.

### Trade Confirmations (Rule 10b-10)
All confirmations are transmitted on this transaction date.



**TD Ameritrade**

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209

**Statement Reporting Period:**
08/01/11 - 08/31/11

**Statement for Account #** _____ 0512
ANGELA L MARSTENIER IRA TD AMERITRADE
INC CUSTODIAN

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Cash | $ - | $ - | $ - | - | $ - | - | |
| Insrd Dep Acct | 209.48 | 209.48 | - | - | - | 0.01% | Insrd Dep Acct 0.8% |
| Money Market | - | - | - | - | - | - | |
| Short Balance | - | - | - | - | - | - | |
| Stocks | 24,572.03 | 25,147.82 | (575.79) | (2.3)% | 1,118.00 | 4.5% | Stocks 99.2% |
| Short Stocks | - | - | - | - | - | - | |
| Fixed Income | - | - | - | - | - | - | |
| Options | - | - | - | - | - | - | |
| Short Options | - | - | - | - | - | - | |
| Mutual Funds | - | - | - | - | - | - | |
| Other | - | - | - | - | - | - | |
| **Total** | **$24,781.51** | **$25,357.30** | **($575.79)** | **(2.3)%** | **$1,118.00** | **4.5%** | |

## Cash Activity Summary

| | Current | YTD |
|---|---|---|
| **Opening Balance** | $ 0.00 | $ - |
| Securities Purchased | (71.26) | (11,216.88) |
| Securities Sold | - | 5,000.00 |
| Contributions | - | - |
| Distributions | - | - |
| Income | 71.26 | 548.98 |
| Expense | - | (20.54) |
| Other | - | 5,688.24 |
| **Closing Balance** | **$ 0.00** | **$0.00** |

## Retirement Account Summary

| | Contributions | Distributions | 2011 PTD | 2011 YTD | 2010 YTD |
|---|---|---|---|---|---|
| | $ - | $ - | | | |
| Plan Contribution | | | | $5,000.00 | $5,000.00 |
| Rollover | | | | | |
| Direct Transfer | | | | | |
| Tax Withheld | | | | | |
| Recharact | | | | | |
| Roth Conv. | | | | | |

## Performance Summary

| Cost Basis As Of - 08/31/11 | $30,286.66 |
|---|---|
| Unrealized Gains | 1,185.70 |
| Unrealized Losses | (11,671.08) |
| Funds Deposited/(Disbursed)ʸᵐ | 5,000.00 |
| Income/(Expense)ʸᵐ | 528.44 |
| Securities Received/(Delivered)ʸᵐ | 0.00 |

Statement for Account # ___512
08/01/11 - 08/31/11

## Income Summary Detail

| Description | Current | Year to Date |
|---|---|---|
| Ordinary Dividends | $ 0.00 | $ 46.44 |
| Foreign Dividend Tax Withheld | 0.00 | (20.54) |
| Royalties - Natural Resources | 0.00 | 52.78 |
| Qualified Dividends | 71.26 | 433.54 |
| IDA Interest | 0.00 | 0.87 |

*This section displays current and year to date taxation values for this account. The current totals may not equate to the total payments listed on this statement as corrections to tax reporting may also be included. These corrections can include changes made to previous payments and removal of payments reportable in a previous tax year (spillover dividends). The year to date totals will accurately reflect your cumulative amount for the year.

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain/(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| **Stocks - Cash** | | | | | | | | | | |
| A.F.P. PROVIDA S.A. ADR | PVD | 21.015 | $ 69.55 | $ 1,461.59 | 06/13/11 | $ 1,684.16 | $ 80.14 | $ (222.57) | $ 108.69 | 7.4% |
| ASTRAZENECA PLC SPONS ADR | AZN | 20 | 47.42 | 948.40 | 05/09/11 | 1,017.59 | 50.88 | (69.19) | 54.00 | 5.7% |
| AT&T INC COM | T | 109.37 | 28.48 | 3,114.86 | 01/16/07 | 3,750.13 | 34.29 | (635.27) | 188.12 | 6.0% |
| BP PRUDHOE BAY RTY BPT TR UNIT BEN INT | BPT | 20.455 | 111.20 | 2,274.60 | 05/13/11 | 2,262.77 | 110.62 | 11.83 | 215.92 | 9.5% |
| COSTCO WHOLESALE COST CORPORATION COM | | 45.441 | 78.54 | 3,568.94 | 07/09/09 | 3,324.06 | 73.15 | 244.88 | 43.62 | 1.2% |
| DOW 30 ENHANCED PREMIUM + IN CLOSED END FUND | DPO | 174.975 | 10.72 | 1,875.73 | 07/09/09 | 2,101.16 | 12.01 | (225.43) | 178.47 | 9.5% |
| GENERAL ELECTRIC CO COM | GE | 114.55 | 16.31 | 1,868.31 | | - | - | - | 68.73 | 3.7% |
| HANESBRAND INC COM | HBI | 16 | 28.56 | 456.96 | | - | - | - | | |

Statement for Account # ___0512
08/01/11 - 08/31/11

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain/(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| Stocks - Cash | | | | | | | | | | |
| HARRIS &HARRIS GROUP INC COM | TINY | 100 | 4.15 | 415.00 | 07/07/09 | 574.98 | 5.75 | (159.98) | | |
| JOHNSON &JOHNSON COM | JNJ | 10.532 | 65.80 | 693.01 | 07/09/09 | 610.10 | 57.93 | 82.91 | 24.01 | 3.5% |
| JP MORGAN CHASE &CO COM | JPM | 10.166 | 37.56 | 381.83 | 07/08/09 | 353.92 | 34.81 | 27.91 | 10.17 | 2.7% |
| LORILLARD INC COM | LO | 10.129 | 111.42 | 1,128.57 | 05/09/11 | 1,106.19 | 109.21 | 22.38 | 52.67 | 4.7% |
| LOWES COS INC COM | LOW | 10.298 | 19.93 | 205.24 | 07/09/09 | 206.77 | 20.08 | (1.53) | 5.77 | 2.8% |
| MCDONALDS CORP COM | MCD | 10.481 | 90.41 | 947.59 | 07/09/09 | 613.10 | 58.50 | 334.49 | 25.57 | 2.7% |
| PENNEY J C CO INC COM | JCP | 10.404 | 26.63 | 277.06 | 07/09/09 | 286.19 | 27.51 | (9.13) | 8.32 | 3.0% |
| PROCTER GAMBLE CO COM | PG | 10.478 | 63.68 | 667.24 | 07/09/09 | 565.84 | 54.00 | 101.40 | 22.00 | 3.3% |
| SARA LEE CORP COM | SLE | 135.559 | 18.04 | 2,445.48 | | - | - | | 62.36 | 2.6% |
| TIME WARNER INC COM | TWX | 10.41 | 31.66 | 329.58 | 07/09/09 | 247.31 | 23.76 | 82.27 | 9.79 | 3.0% |
| WAL-MART STORES COM | WMT | 10.368 | 53.19 | 551.47 | 07/08/09 | 510.19 | 49.21 | 41.28 | 15.14 | 2.7% |
| WASHINGTON MUTUAL COM | WAMUQ | 650 | 0.08 | 52.00 | 01/16/07 | 10,399.98 | 16.00 | (10,347.98) | | |
| WASTE MANAGEMENT INC COM | WM | 10.553 | 33.04 | 348.67 | 07/09/09 | 298.35 | 28.27 | 50.32 | 14.35 | 4.1% |

page 3 of 7

**Statement for Account # ___0512**
08/01/11 - 08/31/11

## Account Positions

| Investment Description | Symbol/ CUSIP | Quantity | Current Price | Market Value | Purchase Date | Cost Basis | Average Cost | Unrealized Gain(Loss) | Estimated Income | Yield |
|---|---|---|---|---|---|---|---|---|---|---|
| Stocks - Cash | | | | | | | | | | |
| YUM! BRANDS INC COM | YUM | 10.298 | 54.37 | 559.90 | 07/09/09 | 373.87 | 36.31 | 186.03 | 10.30 | 1.8% |
| **Total Stocks** | | | | **$24,572.03** | | **$30,286.66** | | **$(10,485.38)** | **$1,118.00** | **4.5%** |
| **Total Cash Account** | | | | **$24,572.03** | | **$30,286.66** | | **$(10,485.38)** | **$1,118.00** | **4.5%** |

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| Opening Balance | | | | | | | | | $ 0.00 |
| 08/02/11 | 08/02/11 | Cash | Div/Int - Income | JP MORGAN CHASE &CO COM Payable: 07/31/2011 QUALIFIED DIVIDENDS 2.53 | JPM | | $ 0.00 | $ 2.53 | 2.53 |
| 08/02/11 | 08/02/11 | Cash | Buy - Securities Purchased | JP MORGAN CHASE &CO COM | JPM | 0.063 | 39.9222 | (2.53) | 0.00 |
| 08/02/11 | 08/02/11 | Cash | Div/Int - Income | PENNEY J C CO INC COM Payable: 08/01/2011 QUALIFIED DIVIDENDS 2.07 | JCP | | 0.00 | 2.07 | 2.07 |
| 08/02/11 | 08/02/11 | Cash | Buy - Securities Purchased | PENNEY J C CO INC COM | JCP | 0.066 | 31.3784 | (2.07) | 0.00 |
| 08/02/11 | 08/02/11 | Cash | Div/Int - Income | AT&T INC COM Payable: 08/01/2011 QUALIFIED DIVIDENDS 46.35 | T | | 0.00 | 46.35 | 46.35 |
| 08/02/11 | 08/02/11 | Cash | Buy - Securities Purchased | AT&T INC COM | T | 1.584 | 29.2612 | (46.35) | 0.00 |
| 08/04/11 | 08/04/11 | Cash | Div/Int - Income | LOWES COS INC COM Payable: 08/03/2011 QUALIFIED DIVIDENDS 1.43 | LOW | | 0.00 | 1.43 | 1.43 |
| 08/04/11 | 08/04/11 | Cash | Buy - Securities Purchased | LOWES COS INC COM | LOW | 0.071 | 20.2299 | (1.43) | 0.00 |

page 4 of 7

## Statement for Account #_____0512
### 08/01/11 - 08/31/11

### Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08/08/11 | 08/08/11 | Cash | Div/Int - Income | YUM! BRANDS INC COM Payable 08/05/2011 QUALIFIED DIVIDENDS 2.56 | YUM | | 0.00 | 2.56 | 2.56 |
| 08/08/11 | 08/08/11 | Cash | Buy - Securities Purchased | YUM! BRANDS INC COM | YUM | 0.052 | 49.4978 | (2.56) | 0.00 |
| 08/16/11 | 08/16/11 | Cash | Div/Int - Income | PROCTER GAMBLE CO COM Payable 08/15/2011 QUALIFIED DIVIDENDS 5.45 | PG | | 0.00 | 5.45 | 5.45 |
| 08/16/11 | 08/16/11 | Cash | Buy - Securities Purchased | PROCTER GAMBLE CO COM | PG | 0.088 | 61.6202 | (5.45) | 0.00 |
| 08/22/11 | 08/22/11 | Cash | Div/Int - Income | COSTCO WHOLESALE CORPORATION COM Payable 08/19/2011 QUALIFIED DIVIDENDS 10.87 | COST | | 0.00 | 10.87 | 10.87 |
| 08/22/11 | 08/22/11 | Cash | Buy - Securities Purchased | COSTCO WHOLESALE CORPORATION COM | COST | 0.147 | 73.989 | (10.87) | 0.00 |

**Closing Balance** $ 0.00

*For Cash Activity totals, refer to the Cash Activity Summary on page one of your statement.

### Insured Deposit Account Interest Credited

| Begin Date | Balance | Number of Days | Interest Rate | Interest Accrued | MTD Accrued | MTD PAID |
|---|---|---|---|---|---|---|
| 08/01/11 | $ 209.48 | 31 | 0.0100 | $ - | $ - | $ - |
| **Total Interest Income** | | | | | | $0.00 |

Statement for Account #_____ 0512
08/01/11 - 08/31/11

**Insured Deposit Account Activity**

| Date Cleared | Check Number | Date Written | Transaction Description | Tracking Code | Expense Code | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | $209.48 |
| **Closing Balance** | | | | | | | $209.48 |
| **TD Bank NA** | | | | | | $209.48 | |

FDIC-Insured Deposit Account (IDA) balances reflected in your brokerage account are FDIC-insured up to applicable limits and held by TD Bank, N.A., or TD Bank USA, N.A., or both. The IDA balances are not covered by the Securities Investor Protection Corporation (SIPC) protection applicable to your brokerage account.

# Terms and Conditions

## STATEMENT GUIDE

TD Ameritrade provides monthly Portfolio Reports for accounts with activity and quarterly reports for inactive accounts with assets.

**Portfolio Summary:** Tracks the current value of your portfolio as of the report date and compares it to the prior month. The asset allocation indicates your portfolio diversification by investment type.

Multiple accounts under the same SSN will be grouped into the category of "Other" in the chart. Margin Equity = Total Account Equity/(Total Long Marginable Value + Total Short Value).

**Activity Summary:** The opening and closing cash balances are reconciled here for your cash reference. All account activity is summarized for the current period and year-to-date.

**Income & Expense Summary (non-IRA only):** This section details the income and expense totals from the Activity Summary section and prior year-end.

**Account Positions:** View your investments at current market value and compare the original cost to see unrealized gains and losses in your portfolio. Original cost is designated using the first-in, first-out (FIFO) method, which assumes the first shares you sell are the first shares you purchased. The estimated investment income and average cost per share are also displayed for your convenience. The estimated market value is based on the current value at December 31 of the previous year and will be furnished to the Internal Revenue Service.

**Account Activity:** All account activity is clearly defined, listed in date order, and indication of your holding period.

**Trades Pending Settlement:** Confirm your executed trades with a settlement date after month end. These transactions will be reflected in the Account Activity section next month.

**Cash Management Transaction Detail:** Cash management transactions that cleared during this statement reporting period, including check, debit card and ATM activity, are listed in date order.

**Cash Management Summary:** Credit and debit transaction totals for the current statement reporting period. All associated individual transactions are not listed.

## GENERAL INFORMATION

TD Ameritrade does not provide legal or tax advice. Please consult your legal advisor or tax accountant when necessary. As a standard industry practice, phone conversations may be recorded for quality control and transaction verification purposes.

For TD Ameritrade Clearing's branch office, as well as TD Ameritrade Clearing, Inc., each firm is not responsible for the products and services of the other.

**Accuracy of Reports:** If you find any errors or omissions in your account statement, you should immediately call us at the number listed on page one of your statement. You should also contact our Clearing firm, TD Ameritrade Clearing, Inc. at 402-970-7724.

Please review this statement carefully. If you disagree with any transaction, or if there are any errors or omissions, please notify a Client Services representative or your local branch office, as well as TD Ameritrade Clearing, Inc. in writing within ten (10) days of your receipt of this statement. Any oral statements that you have made to us should be confirmed in writing. The statement will otherwise be considered accurate and conclusive.

Please notify us promptly of any changes in your account information. Transactions reflected on your statement should also contact our Clearing firm, TD Ameritrade Clearing, Inc. and will be conclusively deemed accurate unless you notify TD Ameritrade immediately.

## REGULATORY DISCLOSURES

**Account Protection:** Deposits held by TD Bank, N.A., or TD Bank USA, N.A., are insured by the FDIC (not covered by SIPC) up to $250,000. Limits are per account ownership per institution. To learn more about FDIC coverage go to www.fdic.gov.

Securities, including mutual funds, held in your Brokerage Account are not deposits or obligations of, or guaranteed by, any bank, and are not FDIC-insured, and involve investment risks, including possible loss of principal. TD Ameritrade is a member of the Securities Investor Protection Corporation ("SIPC"), which protects securities customers of its members up to $500,000 (including $250,000 for claims for cash). Explanatory brochure is available on request at www.sipc.org. TD Ameritrade also provides each client through supplemental coverage provided by London insurers. In the event of a brokerage insolvency, a client may receive amounts due from SIPC and then the coverage includes an aggregate loss limit of $250 million for all customers. This SIPC coverage and the coverage provided by London insurers does not protect against loss of market value of securities.

An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund.

**Tax Reporting:** The portfolio report is not a tax document. You will receive Form 1099 for annual tax reporting in compliance with IRS requirements (includes taxable interest, dividends, capital gains, taxes withheld, and sales proceeds). Some payments are subject to reclassification which may be reflected on subsequent tax reports.

**Cost Basis:** Cost-basis, tax lot and performance reporting and Gainskeeper are provided by GainsKeeper. TD Ameritrade is not responsible for the reliability or suitability of the information. TD Ameritrade and the information providers ("Providers") do not guarantee the accuracy of the information and are not affiliated with TD Ameritrade.

**Current Market Prices:** The market values of securities have been obtained, if any, from outside quotation services that TD Ameritrade believes to be reliable. Priced securities may not reflect actual trade values.

The valuations on your portfolio report are provided as general information and we do not guarantee their accuracy. Non-Priced securities represent general and may have no public market. Non-traded Real Estate Investment Trusts are generally illiquid and have no public market.

Certificates of Deposits (CDs) is generally illiquid and the actual value may be different from the purchase price. A significant loss of principal may result from the sale of a CD prior to maturity. Some assets, and/or fixed income securities trade differently than equity securities and do not trade on a listed exchange. Rather, they trade in the OTC (over the counter) market and sufficient liquidity may not exist to sell your position prior to maturity. The sale of bonds prior to maturity may result in a loss of principal.

**Non Standard Assets** (NSA) are typically investments in direct participation program securities (partnerships, limited liability companies, or real estate investment trusts), commodity pools, private equity, private debt or hedge funds. NSAs are typically illiquid investments and do not trade on a national securities exchange or the Nasdaq Stock Market. The values shown for these investments are estimated values derived from various methods, including, but not limited to, independent appraisals, the issuing administrator, and/or sponsor of each program, or by a third-party vendor without independent verification by TD Ameritrade. The values may represent an estimated value of the investor's participation in the program, or a debt no greater than 10 estimated value of the underlying securities. In all cases, the TD Ameritrade estimated value shown does not necessarily represent the amount you may receive if you sold these investments and may be more or less than the value stated on your statement. For these investments, actual market value is not readily available, and an estimated value is not provided.

**Margin and Options Account Agreements:** Promptly advise TD Ameritrade in writing of any change in your investment objectives or financial situation as they pertain to your margin or options account agreements. A summary of commissions and charges incurred with the execution of options transactions is available.

**Allocation Method:** In the event any of your securities are called or assigned, the securities will be selected on an impartial random basis.

The interest rate shown for TD Ameritrade Cash is taken from the applicable interest rate tier for the Market Value balance in the TD Ameritrade Cash, as of the statement closing date. Simple Interest is accrued daily based on the interest rate tier applicable to each day's balance.

All transactions are subject to applicable rules, regulations, customs and usages of the exchange or market and its clearinghouse, if any, on which such transactions are executed, or as required by federal, state or local law, including the Securities Act of 1933 and the Securities Exchange Act of 1934, each as amended to date and, in the case of a variation from the principal thereafter, and the rules and regulations of FINRA and the Federal Reserve System.

Further information about and including FINRA's Public Disclosure Program, please contact FINRA at 800-289-9999 or www.finra.org.

You may obtain an investor brochure that includes information describing FINRA's Public Disclosure Program is available twice a year and may be obtained at no cost, via the internet at http://www.brokercheck.finra.com/finraeastatement.html.

The statement of financial condition for TD Ameritrade is available. The statement of financial condition for TD Ameritrade can be no assurance that such securities can be sold under current market conditions.

**Auction Rate Securities ("ARS") Pricing:** The market values for ARS securities have been obtained, if available, from quotation services or other independent sources. The accuracy of the pricing is not guaranteed. If a market value is not available, TD Ameritrade will show an estimated market value. Please note that for some ARS securities experiencing a lack of liquidity and, as a result, there can be no assurance that such securities can be sold under current market conditions.

**Margin Accounts (Regulation T):** If you have a margin account, the report is a combination of your margin account and a special memorandum account. Trading on margin poses additional risks and is not suitable for all investors. A complete list of the risks associated with margin trading is available in the margin risk disclosure document. You may contact us for a copy of this document or the number listed on page one of your statement.

**Payment for Order Flow (SEC Rules 606 and 607):** In some circumstances TD Ameritrade receives compensation for providing certain over-the-counter and listed equity order flow to selected market makers. The particulars regarding any payment for order flow compensation TD Ameritrade receives in connection with any particular transaction are available upon written request.

It is our policy, absent client orders to the contrary, to select brokers, dealers, and market makers based on its ability to provide best execution and the history of seeking price improvement on market orders. Price improvement occurs when an order is executed at a price more favorable than the displayed national best bid or offer. While a majority of orders do receive price improvement, such improvement is not guaranteed on every transaction.

In case of Errors or Questions About Your Electronic Transfers: Telephone us at 1-800-669-3900 or Write us at P.O. Box 2209, Omaha, NE 68103, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Trade Confirmations (Rule 10b-10):** All confirmations are transmitted on the transaction date.

**Privacy Policy Notification:** A copy of TD Ameritrade's privacy policy is available at www.tdameritrade.com.

AMTD 168 09/11