# Exhibit 2

James Newman

49 Park Ave.

Hawthorne, NJ 07506

Jymmye888@gmail.com

917-741-1819

October 6, 2011

USDC, Western District of Washington at Seattle

700 Stewart St., Suite 2310

Seattle, WA 98101

08-MD-01919-OBJ

Objection to Settlement Case No. 2:08-md-1919 MJP

Lead Case No. C08-387-MJP Washington Mutual

I am a member of the current class action and demand that the class period be extended to September 25, 2008 (from July 23, 2008) and the amount of the settlement be increased accordingly.

The Company's Press Release on July 22, 2008 did not fully disclose the true extent of the company's problems. Additional disclosures in the 10-Q filed on 8/18/2008 (among others) spoke to continuing problems in the deteriorating house and mortgage market but gave investors the impression that WaMu was addressing those issues and could handle them. The filing stated:

"In the second quarter of 2008, the Company implemented a series of initiatives designed to further consolidate the Home Loans business and corporate support and other business functions and significantly reduce future operating costs. As part of these activities, the Company discontinued all lending conducted through its wholesale channel, closed all of its remaining freestanding home loan centers and sales offices, closed or consolidated certain loan fulfillment centers and reduced functions that primarily supported home loans activities that have been discontinued. In connection with these activities, the Company expects to incur pre-tax restructuring charges of approximately $390 million, which consists of approximately $110 million in termination benefits, approximately $140 million in lease terminations and other decommissioning costs and approximately $140 million in fixed asset write-downs. Of the total expense expected to be incurred, $204 million was recorded in the second quarter of 2008, which consisted of $66 million in employee termination benefits, $46 million in lease termination and other decommissioning costs and $92 million of fixed asset write-downs. These restructuring activities are expected to be substantially completed by the fourth quarter of 2008.

Charges for termination benefits were recorded in compensation and benefits expense; charges for lease terminations, other decommissioning costs and fixed asset write-downs were recorded in occupancy and equipment expense in the Consolidated Statements of Income. All of these charges were recorded within the Corporate Support/Treasury and Other category of the Company's operating segment structure.

At June 30, 2008, the outstanding liability of these restructuring charges was $103 million. Substantially all of the outstanding liability related to termination benefits is expected to be paid during the remainder of 2008. The liability

related to lease terminations is expected to be paid over the remaining terms of the leases, substantially all of which will expire by December 31, 2013. "

It was not until September 25, 2008 when the US office of Thrift Supervision seized Washington Mutual and placed it into receivership of the Federal Deposit Insurance Company the full truth was disclosed. WaMu filed for bankruptcy the next day.

I made purchases after July 23, 2008 and would also be member of the proposed longer class period as well as the current class period.

Since investors have additional losses in the period from July 23, 2008 to September 25, 2008 the amount of the settlement fund should be increased proportionately.

Respectfully Submitted

*James Newman*

Claim Number WAM02029746                    Control Number 2185916846

James Newman
49 Park Ave.
Hawthorne, NJ 07506

RECEIVED
OCT 21 2011
MARSHA J. PECHMAN
US DISTRICT JUDGE

jymmye888@gmail.com
917-741-1819

October 17, 2011

USDC, Western District of Washington at Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101

Supplemental Information as to Delivery
Objection to Settlement Case No. 2:08-md-1919 MJP
Lead Case No. C08-387-MJP Washington Mutual

Dear Judge Marsha J. Pechman,

I am submitting this additional information to indicate to the Court that my objection was timely submitted.

Please note my Objection was delivered to the Courthouse on October 11, 2011 (See attached Fedex information which shows it was signed for at 9:20 AM on October 11, 2011) the first business day after October 10, 2011 which was a Federal holiday and the deadline for submitting an objection.

The Docket Sheet indicates October 12, 2011 as the "filed date" but internally at the courthouse it must have taken a day to get to the clerk's office.

Respectfully Submitted
James Newman

Claim Number WAM02029746          Control Number 2185916846

CC:

Bernstein, Litowitz; Perkins Cole; Gibson, Dunn & Crutcher; Latham & Watkins

08-MD-01919-OBJ

Case 2:08-cv-00387-MJP   Document 320-2   Filed 10/28/11   Page 6 of 6
Case 2:08-md-01919-MJP   Document 895   Filed 10/21/11   Page 2 of 2

Page 1 of 1

# FedEx.

🖨 Print page | Close ⊗

**Detailed Results**

Tracking no.: 797599656239                      Select time format: 12H

## Delivered

Delivered
Signed for by: V.BARNES

**Shipment Dates**

Ship date   Oct 6, 2011
Delivery date   Oct 11, 2011 9:20 AM

**Destination**

SEATTLE, WA
Signature Proof of Delivery

## Shipment Options

**Hold at FedEx Location**
Hold at FedEx Location service is not available for this shipment.

## Shipment Facts

| Service type | FedEx 2Day Envelope | Delivered to | Receptionist/Front Desk |
|---|---|---|---|
| Weight | 0.5 lbs/.2 kg | | |

## Shipment Travel History

Select time zone: Local Scan Time

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Oct 11, 2011 9:20 AM | Delivered | SEATTLE, WA | |
| Oct 11, 2011 7:47 AM | On FedEx vehicle for delivery | SEATTLE, WA | |
| Oct 10, 2011 7:25 PM | At local FedEx facility | SEATTLE, WA | |
| Oct 10, 2011 9:53 AM | Delivery exception | SEATTLE, WA | Future delivery requested |
| Oct 10, 2011 9:53 AM | Delivery exception | SEATTLE, WA | Business closed - No delivery attempt |
| Oct 10, 2011 7:42 AM | On FedEx vehicle for delivery | SEATTLE, WA | |
| Oct 8, 2011 7:41 AM | At local FedEx facility | SEATTLE, WA | |
| Oct 8, 2011 7:41 AM | At local FedEx facility | SEATTLE, WA | Package not due for delivery |
| Oct 8, 2011 5:39 AM | At destination sort facility | SEATTLE, WA | |
| Oct 8, 2011 3:50 AM | Departed FedEx location | MEMPHIS, TN | |
| Oct 7, 2011 3:31 PM | In transit | MEMPHIS, TN | |
| Oct 7, 2011 8:43 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Oct 7, 2011 7:36 AM | Departed FedEx location | NEWARK, NJ | |
| Oct 6, 2011 9:57 PM | Arrived at FedEx location | NEWARK, NJ | |
| Oct 6, 2011 8:32 PM | Left FedEx origin facility | MOONACHIE, NJ | |
| Oct 6, 2011 7:48 PM | Picked up | MOONACHIE, NJ | |
| Oct 6, 2011 4:04 PM | Shipment information sent to FedEx | | |