UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE WASHINGTON MUTUAL, INC.
SECURITIES LITIGATION,

This Document Relates to:  ALL ACTIONS

No. 2:08-md-1919 MJP
Lead Case No. C08-387 MJP

## SUPPLEMENTAL AFFIDAVIT OF JENNIFER M. KEOUGH

STATE OF WASHINGTON )
                     )      ss.:
COUNTY OF KING       )

JENNIFER M. KEOUGH, being duly sworn, deposes and says:

1.      I am the Executive Vice President of Operations of GCG, Inc. ("GCG").  Pursuant to the Court's Order Preliminarily Approving Proposed Settlements and Providing for Notice dated July 21, 2011 (the "Order for Notice and Hearing"), GCG was authorized to act as the Claims Administrator in connection with the settlement of the above-captioned action.  I submit this Affidavit as a supplement to my Affidavit dated September 21, 2011 that was attached as Exhibit 3 to the Declaration of Hannah Ross filed on September 25, 2011.

2.      Pursuant to the Notice program described in my prior affidavit, as of October 26, 2011, GCG had mailed a total of 1,128,748 copies of the Notice and Claim Form to potential Class Members.  While the deadline set by the Court for the submission of Claim Forms is not until December 8, 2011, as of October 26, 2011, GCG had received 52,998 Claim Forms.

3.      As set forth in my prior affidavit, paragraph 82 of the Notice informed potential Class Members that written requests for exclusion from the Class were to be sent, such that they were received no later than October 10, 2011, to *In re Washington Mutual, Inc. Securities Litigation*, EXCLUSIONS, c/o The Garden City Group, Inc., P.O. Box 91310, Seattle, WA 98111-9410.  GCG has been monitoring all mail delivered to that Post Office Box.

4.      As previously reported, as of September 20, 2011, GCG had received 29 requests for exclusion.  As of the date of this Affidavit, GCG has received an additional 95 requests for exclusion, one of which was subsequently withdrawn.   As a result, there are a total of 123 requests for exclusion.  Attached hereto as Exhibit A is a list of the persons and entities who submitted the requests for exclusion or on whose behalf requests for exclusion were submitted.

Sworn to before me this
28 day of October, 2011

_____
Notary Public

_____
Jennifer M. Keough

# EXHIBIT A

## Exhibit A

1. Beth B. Parrott
   Lexington, SC

2. Richard R. Brown
   Seattle, WA

3. Ernest A. Neumann &
   H. Rudean Neumann
   Coeur d'Alene, ID

4. Judy M. Morgan
   Arvada, CO

5. Norma Jean Shaw
   Kettle Falls, WA

6. Albert E. Shaw (deceased) as
   requested by Norma Jean Shaw
   Kettle Falls, WA

7. Steadman Family Living Trust
   as requested by H. Douglas Steadman
   and Jurene N. Steadman, Trustees
   San Antonio, TX

8. Fanny P. Wang
   Shoreline, WA

9. Estate of Lydia Wang
   as requested by Fanny P. Wang,
   Executor
   Shoreline, WA

10. Bernd Dombrowski
    Blankenfelde, Germany

11. Carl Sander
    Seattle, WA

12. Eloise E. Bariel
    as requested by Nola J. Edwards,
    power of attorney
    Sultan, WA

13. Joan A. Salmon
    Tucson, AZ

14. Joseph Re
    Dumont, NJ

15. Robert L. King Living Trust
    as requested by Robert L. King,
    Trustee
    Palm Desert, CA

16. Shelley K. Jones &
    Shelley K. Jones Roth IRA
    Portland, OR

17. Billy Baldwin
    TOD ET AL
    North Hollywood, CA

18. Cecile C. Kelly
    Bronxville, NY

19. Frank Latos
    Gehrden, Germany

20. Jack E. Silburn
    Lincoln, CA

21. James Wehling
    Bedford, PA

22. Koch Industries, Inc. and affiliated
    companies, as requested by Koch
    Companies Public Sector LLC
    Wichita, KS

23. Mengkui Luo
    Federal Way, WA

24. Mingji Li
    Federal Way, WA

25. Eduard Dvorak
    Augsburg, Germany

26. LaDelle H. Ray &
    Milton D. Ray (deceased) as
    requested by LaDelle H. Ray
    Brandon, MS

## Exhibit A

27. U/A DTD Patrick and Ana Rizzieri
    Trust as requested by Patrick N.
    Rizzieri & Ana L. Rizzieri, Trustees
    Albuquerque, NM

28. Edward M. Block Living Trust TR
    u/a 5/27/80, as requested by Edward
    M. Block, Trustee
    Las Vegas, NV

29. H. Paul Block Living Trust TR u/a
    5/27/80
    as requested by H. Paul Block,
    Trustee
    Las Vegas, NV

30. Stuart M. Lockwood &
    Mary E. Lockwood
    Cumming, GA

31. David O. Putnam
    George, WA

32. Larry E. Wallace &
    Sherry L. Wallace (deceased)
    as requested by Larry E. Wallace
    Crown Point, IN

33. Linda K. Warman Revocable Trust
    as requested by Linda K. Warman,
    Trustee
    Kunkletown, PA

34. June L. Mangus
    Denver, CO

35. Jamal Carver
    Hartford, CT

36. Ross W. Silver
    Puyallup, WA

37. Nathaniel Davis
    Sacramento, CA

38. Douglas B. Smith
    Naples, FL

39. Tom Crockett
    Boca Raton, FL

40. The Garrett Family Trust
    as requested by Elaine G. Collins,
    Trustee
    Landrum, SC

41. Christopher H. Smith
    Shingle Springs, CA

42. Donald L. Harris
    Elkins, WV

43. Amey H. Enomoto
    Monterey Park, CA

44. Fumi Ariyasu
    Montebello, CA

45. Thomas Christopher Grupa
    Houston, TX

46. Marvin Leininger &
    Deborah Leininger
    Glen Allen, VA

47. Stuart Sutley
    Blythe, CA

48. Kyle Crampton
    Chino Hills, CA

49. Eugene Wald & Esther Wald Trust
    U/A July 16, 1990
    as requested by Nancy J. Walder
    Van Nuys, CA

50. Albert L. Todd
    Sherwood, OR

51. Emmanuel Agba
    Ames, IA

52. Miralem Sljoka
    Houston, TX

## Exhibit A

53. Lawrence E. Dyal &
Nancy H. Dyal
Cocoa, FL

54. Susan Israel Bensen
Missoula, MT

55. Joan Casey
Corvallis, OR

56. Mary Jane Casey
Corvallis, OR

57. John Casey
Corvallis, OR

58. Robert J. Lee
Flushing, NY

59. Donna Kay Hoffman
Kent, WA

60. David William Hoffman
Kent, WA

61. Wayne DS Wong
Seattle, WA

62. Joseph P. Manion &
Janet E. Manion
Fenton, MO

63. Emilio A. Vazquez,
Emilio A. Vazquez, Jr. &
Alejandro M. Vazquez
Miami, FL

64. Savuth Ok
Holland, MI

65. Andrés Binder &
Patricio Binder
Closter, NJ

66. Wilhelmus J. Van Oldenmark &
Alberta Van Oldenmark
Vista, CA

67. Susan Steele
Mill Valley, CA

68. Kenderick Stubbs
Centreville, VA

69. Sharolyn Heiy
The Villages, FL

70. Neal A. Baillargeon & Jan E.
Baillargeon McEneny Trs
FBO Marie C. Baillargeon Trust
U/A 3/31/92
as requested by Marie C. Baillargeon
Calabash, NC

71. Eva Kaytes Revocable Trust U/A
DTD 7/16/2007
as requested by Eva Kaytes, Trustee
Danbury, CT

72. Ronald J. Larsen
Kirkland, WA

73. Patricia J. Oman
Everett, WA

74. John Michael Williams
Wilsonville, OR

75. Miralem Sljoka Roth IRA
TD Ameritrade Clearing Custodian
Houston, TX

76. Jon B. Erickson
Dublin, CA

77. Vladimir Keselman &
Vladimir Keselman, IRA Acct.
Brooklyn, NY

78. Lanny Hochhalter
Salem, OR

79. Danois G. Madrid
Daly City, CA

## Exhibit A

80. Jaron C. Whitton
as requested by Denise G. Whitton,
Custodian
Ketchikan, AK

81. Joron J. Whitton
as requested by Denise G. Whitton,
Custodian
Ketchikan, AK

82. Nellie Gettys Campbell Trust
as requested by Nellie G. Campbell,
Trustee & Nellie G. Campbell
Clinton, SC

83. Daniel C. Pippinger
Bainbridge Island, WA

84. Robert Allen Pierce
Lexington, MA

85. Jerome M. Powell
Germantown, WI

86. Judy E. Hochhalter
Salem, OR

87. Kim Chwee Cham
Austin, TX

88. Loren Roberts
Santa Monica, CA

89. Melvin Mark Solway
Northridge, CA

90. Michael M. Angello
& Robert J. Angello
San Diego, CA

91. Michael S. Bartsch
Menlo Park, CA

92. Naveen Kompally
Guilderland, NY

93. Paul G. Person
Yorktown, TX

94. Robert T. Patelski, Jr.
Edgewater, MD

95. Shu-Jui Valvo, Rollover IRA &
Shu-Jui Valvo, Traditional IRA
Fidelity Investments, Custodian
Dublin, CA

96. Stephen J. McCrann, DDS
Needham, MA

97. Thomas A. Zebley
Woodstock, GA

98. Tuan Q. Vu
Seattle, WA

99. Vera A. Whiteside
Shiloh, IL

100. Aviva Orner
Hayward, CA

101. Blake Miller
Irvine, CA

102. Denis R. Schiller &
Angela C. Schiller
Vancouver, WA

103. Donald L. Snowden &
Parker Smith Trust
as requested by Donald L. Snowden,
Trustee
Cumming, GA

104. George N. Salovich
Ronan, MT

105. Howard Burkhart
Saratoga, CA

## Exhibit A

106. Jack A. Matalka &
Raida S. Matalka
Salinas, CA

107. Gurbinder Singh
Dublin, CA

108. John Beasley
Sparta, TN

109. Larry L. Gates &
Susan D. Gates
Atascadero, CA

110. Larry E. Holland
Lake Forest Park, WA

111. Reza Hosseini
Fremont, CA

112. Roderick J. Houston
Annapolis, MD

113. Warren Jameson &
Louise Jameson (deceased) as
requested by Warren Jameson
Waldwick, NJ

114. Axel Iverson
Seattle, WA

115. Dale Wayne Ficquette
Winter Park, FL

116. Garrett Hazelton
Arcadia, CA

117. Parin Patel &
Parin Patel, Roth IRA Acct.
Richmond, CA

118. Greg Baglin
Daytona Beach, FL

119. Joel Robinson
Sumner, TX

120. Kenneth Feldman
Longwood, FL

121. Kristian Faust
Frankfurt / Main, Germany

122. S. Kent Christenberry &
Debra S. Christenberry
Oklahoma City, OK

123. Jan E. Balas
Novato, CA

124. Mark P. Stevens
Crestview, FL
[REQUEST WITHDRAWN]