THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| IN RE WASHINGTON MUTUAL, INC. SECURITIES, DERIVATIVE & ERISA LITIGATION | CASE NO.: No. 2:08-md-1919 MJP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT KERRY KILLINGER TO RESPOND TO PLAINTIFFS' COMPLAINT** |
|---|---|
| This Document Relates to:<br>*Michael M. Angello, et al. v. Killinger, et al.*<br><br>No. 11-cv-1336 MJP | |

STIP. & [PROP.] ORDER EXT. TIME TO
RESPOND TO COMPLAINT,
CASE NO. 2:08-MD-1919 MJP;
CASE NO. 11-CV-668-MMA-(JMA)

WILSON SONSINI GOODRICH & ROSATI
701 FIFTH AVENUE, SUITE 5100
SEATTLE, WA 98104-7036
TEL: (206) 883-2500
FAX: (206) 883-2699

WHEREAS on or about March 10, 20011, plaintiffs Michael M. Angello and Robert J. Angello ("plaintiffs"), commenced this action by filing a complaint in the Superior Court of the State of California, County of San Diego;

WHEREAS on April 4, 2011, defendant Kerry Killinger ("defendant") filed a Notice of Removal in the United States District Court, Southern District of California, and shortly thereafter filed a "tag-along" notice with the MDL Panel to seek a transfer of this action to the Western District of Washington;

WHEREAS on April 15, 2011, plaintiffs filed a Motion to Remand this action to the Superior Court, County of San Diego;

WHEREAS on April 20, 2011, Judge Anello, District Court Judge from the Southern District of California, issued an Order granting defendant an extension to answer or otherwise respond to plaintiffs' complaint within thirty (30) days after the Court issued its order on plaintiffs' motion to remand;

WHEREAS on October 6, 2011, this Court denied plaintiffs' motion to remand;

WHEREAS in accordance to Judge Angello's April 20, 2011 Order, defendant's current deadline to respond to the Complaint is November 7, 2011;

WHEREAS defendant is anticipating filing a motion to dismiss in response to the Complaint;

WHEREAS plaintiffs' counsel is on an extended, pre-planned overseas vacation with little or no access to email until the end of November 2011 and will not be able to review or respond to any motion filed by defendant in response to the Complaint until after plaintiffs' counsel has returned from his vacation,

WHEREAS in light of plaintiffs' counsel's extended vacation, plaintiffs believe that plaintiffs may suffer prejudice if the defendants' deadline to respond to the Complaint is not extended; and

WHEREAS, the parties have conferred for the purpose of ensuring that this action proceed in an efficient and orderly manner, and have agreed that it would be more efficient and

STIP. & [PROP.] ORDER EXT. TIME TO RESPOND TO COMPLAINT,
CASE NO. 2:08-MD-1919 MJP;
CASE NO. 11-CV-668-MMA-(JMA)

-1-

WILSON SONSINI GOODRICH & ROSATI
701 FIFTH AVENUE, SUITE 5100
SEATTLE, WA 98104-7036
TEL: (206) 883-2500
FAX: (206) 883-2699

in the interests of all parties to extend defendant's deadline to respond until after plaintiffs' counsel has returned from his vacation.

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, by and through their counsel of record and subject to the approval of the Court, that:

1. Defendant Killinger's time within which to answer or otherwise respond to plaintiffs' complaint is extended thirty (30) days, from November 7, 2011 to December 7, 2011.

2. Defendant further agrees not to seek any additional extensions to respond to the Complaint absent exceptional circumstances.

Respectfully submitted,

Dated: November 1, 2011

/s/ Michael M. Angello
Michael M. Angello (Cal. Bar. No. 75706)
Attorney for Michael M. Angello and
Robert J. Angello

Dated: November 1, 2011

/s/ Daniel W. Turbow

Jerome F. Birn, Jr., (*Pro Hac Vice*)
Daniel W. Turbow (*Pro Hac Vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
650 Page Mill Road
Palo Alto, CA 95304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: jbirn@wsgr.com
Email: dturbow@wsgr.com

-*and*-

Barry M. Kaplan, WSBA #8661
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com

Attorneys for Defendant
Kerry Killinger

# [PROPOSED] ORDER

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that defendant shall have up to and including December 7, 2011 to respond to plaintiffs' complaint.

Dated:_____

_____
Hon. Marsha J. Pechman
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all known counsel of record, and caused it to be served by overnight mail, postage prepaid upon the following:

Michael M. Angello
Attorney at Law
3122 North Mountain View Drive
San Diego, CA 92116

*Attorney for Plaintiffs*

No address is currently available for Defendant John Ngo.

/s/ Daniel W. Turbow
Daniel W. Turbow (*Pro Hac Vice*)

CERTIFICATE OF SERVICE
CASE NO. 2:08-MD-1919 MJP;
CASE NO. 11-CV-668-MMA-(JMA)

-4-

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699