

**LASALLE ST. SECURITIES, L.L.C.**
940 N. INDUSTRIAL DR.
ELMHURST,   IL 60126

# Confirmation Notice

| Brokerage No. | Type | Reg Rep | TRADE DATE | SETTLEMENT DATE | TRANS NO. | CUSIP | Exc | Orig |
|---|---|---|---|---|---|---|---|---|
| AD3-160202 | 1 | 006 | 10-18-07 | 10-23-07 | 670804 | 939322103 | 8 | |

REF # 07291-670804

| Symbol | |
|---|---|
| WM | 243 |

YOU BOUGHT   80  AT  30.59

| | |
|---|---|
| Principal Amount | 2,447.20 |
| Interest | |
| Commission | 84.00 |
| State Tax | |
| Miscellaneous Charges | |
| Regulatory Fee/Pstg. | |
| Post/Serv. Fee | 10.00 |
| **Net Amount** | **2,541.20** |

**SECURITY DESCRIPTION**

WASHINGTON MUTUAL INC
WE HAVE ACTED AS AGENT. SOLICITED ORDER

NOV 01 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

08-MD-01919-NTC

LaSalle St. Securities, L.L.C. is a registered broker-dealer and member NASD

PLEASE RETURN REMITTANCE COPY WITH SECURITIES SOLD OR PAYMENT IN THE NET AMOUNT BY SETTLEMENT DATE   SIPC

ACCOUNT CARRIED WITH NATIONAL FINANCIAL SERVICES LLC – ALL ORDERS ARE UNSOLICITED UNLESS SPECIFIED ABOVE.
▼ DETACH HERE         MAIL THIS STUB WITH CHECK OR SECURITIES TO BE DEPOSITED         DETACH HERE ▼

## BROKERAGE ACCOUNT REMITTANCE SLIP

MAKE CHECKS PAYABLE TO NATIONAL FINANCIAL SERVICES LLC. PLEASE INCLUDE YOUR ACCOUNT NUMBER ON YOUR CHECK. SEE REVERSE SIDE FOR STOCK CERTIFICATE ENDORSEMENT INSTRUCTIONS.

**FOR QUESTIONS CALL:**   (617) 228-5700

| BROKERAGE NUMBER | AD3-160202 |
|---|---|
| AMOUNT ENCLOSED | |

WALTER FAHERTY
27 MYRTLE AV
BRIDGEPORT CT 06604

LASALLE ST. SECURITIES, L.L.C.
940 N. INDUSTRIAL DR.
ELMHURST,   IL 60126

1

## YOU SOLD

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: | Type | Settlement Date: | Reg Rep | Orig |
|---|---|---|---|---|---|---|---|---|---|
| MRVC | 10362-001986 | 1,000 | 1.7500 | 553477100 | 12-28-10 | 1* | 12-31-10 | AC8 AC8 | 9* |

SECURITY DESCRIPTION
MRV COMMUNICATIONS
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
SOLICITED ORDER

Principal Amount    1,750.00
Commission            65.00
Activity Assessment Fee  .03
Service Fee            5.65
Settlement Amount  1,679.32

## YOU SOLD

| Symbol | Ref # | Qty | Price | Cusip | Trade Date: | Type | Settlement Date: | Reg Rep | Orig |
|---|---|---|---|---|---|---|---|---|---|
| WAMUQ | 10362-0C0KNW | 80 | .058 | 939322103 | 12-28-10 | 1* | 12-31-10 | AC8 AC8 | 9* |

SECURITY DESCRIPTION
WASHINGTON MUTUAL INC
WE HAVE ACTED AS AGENT.
LOTS WITHOUT SPECIFIC SHARES INSTRUCTIONS WILL BE DEPLETED USING
FIRST IN, FIRST OUT METHOD PER CUSTOMER INSTRUCTIONS.
SOLICITED ORDER

Principal Amount      4.64
Activity Assessment Fee  .01
Settlement Amount     4.63

Handwritten annotations:

36(

April 98
March  2000

2,541.20
   4.63
2,536.57

3,202.50
1,429.32
1,523.18

1,400.75
1,801.75
3,202.50

## PART III - SCHEDULE OF TRANSACTIONS IN WMI CLASS SECURITIES

Failure to provide proof of all beginning holdings, purchases or acquisitions, sales, and ending holdings information requested below will impede proper processing of your claim and may result in rejection of your claim. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph I, above.

### A. COMMON STOCK (CUSIP No. 939322103):

1. **BEGINNING HOLDINGS:** State the number of shares of WMI common stock you held as of the close of trading on **October 18, 2005**. If none, write "zero" or "0".

   Proof of holding enclosed
   ☐ Y   ☒ N

2. **PURCHASES/ACQUISITIONS:** Separately list each and every purchase and/or acquisition, including free receipts, of WMI common stock during the period **October 19, 2005** through and including the close of trading on **October 20, 2008**.[2]

   IF NONE, CHECK HERE ☐

| Date(s) of Purchase or Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase Price Per Share (excluding taxes, commissions and fees) | Proof of Purchase enclosed |
|---|---|---|---|
| 10/18/07 | 80 | $2,541.20 | ☒ Y ☐ N |
| / / | | $ . | ☐ Y ☐ N |
| / / | | $ . | ☐ Y ☐ N |
| / / | | $ . | ☐ Y ☐ N |

3. **SALES:** Separately list each and every sale, including free deliveries, of WMI common stock during the period **October 19, 2005** through and including the close of trading on **October 20, 2008**.

   IF NONE, CHECK HERE ☒

| Date(s) of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share (excluding taxes, commissions and fees) | Proof of Sale enclosed |
|---|---|---|---|
| / / | | $ . | ☐ Y ☐ N |
| / / | | $ . | ☐ Y ☐ N |
| / / | | $ . | ☐ Y ☐ N |
| / / | | $ . | ☐ Y ☐ N |

4. **ENDING HOLDINGS:** State the number of shares of WMI common stock you held as of the close of trading on **October 20, 2008**. If none, write "zero" or "0".

   80

   Proof of holding enclosed
   ☒ Y   ☐ N

[2]**Please note:** Information requested with respect to your purchases/acquisitions of WMI common stock from July 23, 2008 through and including October 20, 2008 is needed in order to balance your claim; purchases/acquisitions during this period, however, are not eligible under the Settlements and will not be used for purposes of calculating your Recognized Claim pursuant to the Plan of Allocation.

QUESTIONS? CALL 1-888-588-3788 OR VISIT
WWW.WASHINGTONMUTUALSECURITIESLITIGATIONSETTLEMENT.COM

## B. CAPITAL TRUST UNIT PREFERRED (CUSIP No. 939322848):

1. **BEGINNING HOLDINGS:** State the number of units of Washington Mutual Capital Trust 2001's 5.375% Trust Preferred Income Equity Redeemable Securities (PIERS) Units, maturing 7/1/2041 ("Capital Trust Unit Preferred") you held as of the close of trading on **October 18, 2005.** If none, write "zero" or "0".   [0]

   Proof of holding enclosed  ☐ Y  ☐ N

2. **PURCHASES/ACQUISITIONS:** Separately list each and every purchase and/or acquisition, including free receipts, of Capital Trust Unit Preferred during the period **October 19, 2005** through and including the close of trading on **October 21, 2008.**[3]

   IF NONE, CHECK HERE ☒

| Date(s) of Purchase or Acquisition (List Chronologically) (Month/Day/Year) | Number of Units Purchased/Acquired | Purchase Price Per Unit (excluding taxes, commissions and fees) | Proof of Purchase enclosed |
|---|---|---|---|
| /   / | | $         . | ☐ Y  ☐ N |
| /   / | | $         . | ☐ Y  ☐ N |
| /   / | | $         . | ☐ Y  ☐ N |
| /   / | | $         . | ☐ Y  ☐ N |

3. **SALES:** Separately list each and every sale, including free deliveries, of Capital Trust Unit Preferred during the period **October 19, 2005** through and including the close of trading on **October 21, 2008.**

   IF NONE, CHECK HERE ☒

| Date(s) of Sale (List Chronologically) (Month/Day/Year) | Number of Units Sold | Sale Price Per Unit (excluding taxes, commissions and fees) | Proof of Sale enclosed |
|---|---|---|---|
| /   / | | $         . | ☐ Y  ☐ N |
| /   / | | $         . | ☐ Y  ☐ N |
| /   / | | $         . | ☐ Y  ☐ N |
| /   / | | $         . | ☐ Y  ☐ N |

4. **ENDING HOLDINGS:** State the number of units of Capital Trust Unit Preferred you held as of the close of trading on **October 21, 2008.** If none, write "zero" or "0".

   Proof of holding enclosed  ☐ Y  ☐ N

[3] **Please note:** Information requested with respect to your purchases/acquisitions of Capital Trust Unit Preferred from July 23, 2008 through and including October 21, 2008 is needed in order to balance your claim; purchases/acquisitions during this period, however, are not eligible under the Settlements and will not be used for purposes of calculating your Recognized Claim pursuant to the Plan of Allocation.

**QUESTIONS? CALL 1-888-588-3788 OR VISIT**
**WWW.WASHINGTONMUTUALSECURITIESLITIGATIONSETTLEMENT.COM**


## C. SERIES R STOCK (CUSIP No. 939322814):

**1.  PURCHASES/ACQUISITIONS:** Separately list each and every purchase and/or acquisition, including free receipts, of 7.75% Series R Non-Cumulative Perpetual Convertible Preferred Stock, offered in WMI's December 2007 Offering ("Series R Stock") at any time prior to the close of trading on **May 13, 2011**.[4]

IF NONE, CHECK HERE ☑

| Date(s) of Purchase or Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Purchase Price Per Share (excluding taxes, commissions and fees) | Proof of Purchase enclosed |
|---|---|---|---|
| /  / | | $      . | ☐ Y  ☐ N |
| /  / | | $      . | ☐ Y  ☐ N |
| /  / | | $      . | ☐ Y  ☐ N |
| /  / | | $      . | ☐ Y  ☐ N |

**2.  SALES:** Separately list each and every sale, including free deliveries, of Series R Stock at any time prior to the close of trading on **May 13, 2011**.

IF NONE, CHECK HERE ☐

| Date(s) of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share (excluding taxes, commissions and fees) | Proof of Sale enclosed |
|---|---|---|---|
| /  / | | $      . | ☐ Y  ☐ N |
| /  / | | $      . | ☐ Y  ☐ N |
| /  / | | $      . | ☐ Y  ☐ N |
| /  / | | $      . | ☐ Y  ☐ N |

**3.  ENDING HOLDINGS:** State the number of shares of Series R Stock you held as of the close of trading on **May 13, 2011**. If none, write "zero" or "0".

Proof of holding enclosed
☐ Y  ☐ N

[4]**Please note:** Information requested with respect to your purchases/acquisitions of Series R Stock from July 23, 2008 through and including May 13, 2011 is needed in order to balance your claim; purchases/acquisitions during this period, however, are not eligible under the Settlements and will not be used for purposes of calculating your Recognized Claim pursuant to the Plan of Allocation.

**QUESTIONS? CALL 1-888-588-3788 OR VISIT**
**WWW.WASHINGTONMUTUALSECURITIESLITIGATIONSETTLEMENT.COM**

8

| D. FLOATING RATE NOTES (CUSIP No. 939322AW3): |
|---|

1. **PURCHASES/ACQUISITIONS:** Separately list each and every purchase and/or acquisition, including free receipts, of Floating Rate Notes due August 24, 2009, offered in WMI's August 2006 Offering ("Floating Rate Notes") at any time prior to the close of trading on **May 13, 2011.**[5]   IF NONE, CHECK HERE ☑

| Date(s) of Purchase or Acquisition (List Chronologically) (Month/Day/Year) | Face Value Purchased/Acquired | Purchase Price Per Note (excluding taxes, commissions and fees) | Proof of Purchase enclosed |
|---|---|---|---|
| /   / | | $           . | ☐ Y  ☐ N |
| /   / | | $           . | ☐ Y  ☐ N |
| /   / | | $           . | ☐ Y  ☐ N |
| /   / | | $           . | ☐ Y  ☐ N |

2. **SALES:** Separately list each and every sale, including free deliveries, of Floating Rate Notes at any time prior to the close of trading on **May 13, 2011**.   IF NONE, CHECK HERE ☑

| Date(s) of Sale (List Chronologically) (Month/Day/Year) | Face Value Sold | Sale Price Per Note (excluding taxes, commissions and fees) | Proof of Sale enclosed |
|---|---|---|---|
| /   / | | $           . | ☐ Y  ☐ N |
| /   / | | $           . | ☐ Y  ☐ N |
| /   / | | $           . | ☐ Y  ☐ N |
| /   / | | $           . | ☐ Y  ☐ N |

3. **ENDING HOLDINGS:** State the face value of Floating Rate Notes you held as of the close of trading on **May 13, 2011**. If none, write "zero" or "0".

0

Proof of holding enclosed
☐ Y  ☐ N

[5]**Please note:** Information requested with respect to your purchases/acquisitions of Floating Rate Notes from July 23, 2008 through and including May 13, 2011 is needed in order to balance your claim; purchases/acquisitions during this period, however, are not eligible under the Settlements and will not be used for purposes of calculating your Recognized Claim pursuant to the Plan of Allocation.

**QUESTIONS? CALL 1-888-588-3788 OR VISIT**



Walter J. Flaherty
27 Myrtle Ave.
Bridgeport, CT 06604-5734

STAMFORD CT 068
28 OCT 2011 PM 26 T

United States District Court
Western District of Washington
United States Court House
700 Stewart Street
Wa. 98101

98101+4439