## Exhibit 1

| | | | | |
|---|---|---|---|---|
| 1. | Beth B. Parrott<br>Lexington, SC | | 14. | Joseph Re<br>Dumont, NJ |
| 2. | Richard R. Brown<br>Seattle, WA | | 15. | Robert L. King Living Trust<br>as requested by Robert L. King, Trustee<br>Palm Desert, CA |
| 3. | Ernest A. Neumann &<br>H. Rudean Neumann<br>Coeur d'Alene, ID | | 16. | Shelley K. Jones &<br>Shelly K. Jones Roth IRA<br>Portland, OR |
| 4. | Judy M. Morgan<br>Arvada, CO | | 17. | Billy Baldwin<br>TOD ET AL<br>North Hollywood, CA |
| 5. | Norma Jean Shaw<br>Kettle Falls, WA | | | |
| 6. | Albert E. Shaw (deceased)<br>as requested by Norma Jean Shaw<br>Kettle Falls, WA | | 18. | Cecile C. Kelly<br>Bronxville, NY |
| 7. | Steadman Family Living Trust<br>as requested by H. Douglas Steadman<br>and Jurene N. Steadman, Trustees<br>San Antonio, TX | | 19. | Frank Latos<br>Gehrden, Germany |
| | | | 20. | Jack E. Silburn<br>Lincoln, CA |
| 8. | Fanny P. Wang<br>Shoreline, WA | | 21. | James Wehling<br>Bedford, PA |
| 9. | Estate of Lydia Wang<br>as requested by Fanny P. Wang, Executor<br>Shoreline, WA | | 22. | Mengkui Luo<br>Federal Way, WA |
| | | | 23. | Mingji Li<br>Federal Way, WA |
| 10. | Bernd Dombrowski<br>Blankenfelde, Germany | | 24. | Eduard Dvorak<br>Augsburg, Germany |
| 11. | Carl Sander<br>Seattle, WA | | 25. | LaDelle H. Ray &<br>Milton D. Ray (deceased)<br>as requested by LaDelle H. Ray<br>Brandon, MS |
| 12. | Eloise E. Bariel<br>as requested by Nola J. Edwards, power of attorney<br>Sultan, WA | | | |
| 13. | Joan A. Salmon<br>Tucson, AZ | | 26. | U/A DTD Patrick and Ana Rizzieri Trust as requested by Patrick N. Rizzieri & Ana L. Rizzieri, Trustees<br>Albuquerque, NM |

## Exhibit 1

27. Edward M. Block Living Trust TR u/a 5/27/80
    as requested by Edward M. Block, Trustee
    Las Vegas, NV

28. H. Paul Block Living Trust TR u/a 5/27/80
    as requested by H. Paul Block, Trustee
    Las Vegas, NV

29. Stuart M. Lockwood & Mary E. Lockwood
    Cumming, GA

30. David O. Putnam
    George, WA

31. Larry E. Wallace & Sherry L. Wallace (deceased)
    as requested by Larry E. Wallace
    Crown Point, IN

32. Linda K. Warman Revocable Trust
    as requested by Linda K. Warman, Trustee
    Kunkletown, PA

33. June L. Mangus
    Denver, CO

34. Jamal Carver
    Hartford, CT

35. Ross W. Silver
    Puyallup, WA

36. Nathaniel Davis
    Sacramento, CA

37. Douglas B. Smith
    Naples, FL

38. Tom Crockett
    Boca Raton, FL

39. The Garrett Family Trust
    as requested by Elaine G. Collins, Trustee
    Landrum, SC

40. Christopher H. Smith
    Shingle Springs, CA

41. Donald L. Harris
    Elkins, WV

42. Amey H. Enomoto
    Monterey Park, CA

43. Fumi Ariyasu
    Montebello, CA

44. Thomas Christopher Grupa
    Houston, TX

45. Marvin Leininger & Deborah Leininger
    Glen Allen, VA

46. Stuart Sutley
    Blythe, CA

47. Kyle Crampton
    Chino Hills, CA

48. Eugene Wald & Esther Wald Trust U/A July 16, 1990
    as requested by Nancy J. Walder
    Van Nuys, CA

49. Albert L. Todd
    Sherwood, OR

50. Emmanuel Agba
    Ames, IA

51. Miralem Sljoka
    Houston, TX

52. Lawrence E. Dyal & Nancy H. Dyal
    Cocoa, FL

## Exhibit 1

| | | | | |
|---|---|---|---|---|
| 53. | Susan Israel Bensen<br>Missoula, MT | | 67. | Kenderick Stubbs<br>Centreville, VA |
| 54. | Joan Casey<br>Corvallis, OR | | 68. | Sharolyn Heiy<br>The Villages, FL |
| 55. | Mary Jane Casey<br>Corvallis, OR | | 69. | Neal A. Baillargeon & Jan E. Baillargeon McEneny Trs FBO Marie C. Baillargeon Trust U/A 3/31/92<br>as requested by Marie C. Baillargeon<br>Calabash, NC |
| 56. | John Casey<br>Corvallis, OR | | | |
| 57. | Robert J. Lee<br>Flushing, NY | | 70. | Eva Kaytes Revocable Trust U/A DTD 7/16/2007<br>as requested by Eva Kaytes, Trustee<br>Danbury, CT |
| 58. | Donna Kay Hoffman<br>Kent, WA | | | |
| 59. | David William Hoffman<br>Kent, WA | | 71. | Ronald J. Larsen<br>Kirkland, WA |
| 60. | Wayne DS Wong<br>Seattle, WA | | 72. | Patricia J. Oman<br>Everett, WA |
| 61. | Joseph P. Manion &<br>Janet E. Manion<br>Fenton, MO | | 73. | John Michael Williams<br>Wilsonville, OR |
| | | | 74. | Miralem Sljoka Roth IRA<br>TD Ameritrade Clearing Custodian<br>Houston, TX |
| 62. | Emilio A. Vazquez,<br>Emilio A. Vazquez, Jr. &<br>Alejandro M. Vazquez<br>Miami, FL | | 75. | Jon B. Erickson<br>Dublin, CA |
| 63. | Savuth Ok<br>Holland, MI | | 76. | Vladimir Keselman &<br>Vladimir Keselman, IRA Acct.<br>Brooklyn, NY |
| 64. | Andrés Binder &<br>Patricio Binder<br>Closter, NJ | | 77. | Lanny Hochhalter<br>Salem, OR |
| 65. | Wilhelmus J. Van Oldenmark &<br>Alberta Van Oldenmark<br>Vista, CA | | 78. | Danois G. Madrid<br>Daly City, CA |
| | | | 79. | Jaron C. Whitton<br>as requested by Denise G. Whitton, Custodian<br>Ketchikan, AK |
| 66. | Susan Steele<br>Mill Valley, CA | | | |

**Exhibit 1**

80. Joron J. Whitton
    as requested by Denise G. Whitton, Custodian
    Ketchikan, AK

81. Nellie Gettys Campbell Trust
    as requested by Nellie G. Campbell, Trustee & Nellie G. Campbell
    Clinton, SC

82. Daniel C. Pippinger
    Bainbridge Island, WA

83. Robert Allen Pierce
    Lexington, MA

84. Jerome M. Powell
    Germantown, WI

85. Judy E. Hochhalter
    Salem, OR

86. Kim Chwee Cham
    Austin, TX

87. Loren Roberts
    Santa Monica, CA

88. Melvin Mark Solway
    Northridge, CA

89. Michael M. Angello
    & Robert J. Angello
    San Diego, CA

90. Michael S. Bartsch
    Menlo Park, CA

91. Naveen Kompally
    Guilderland, NY

92. Paul G. Person
    Yorktown, TX

93. Robert T. Patelski, Jr.
    Edgewater, MD

94. Shu-Jui Valvo, Rollover IRA &
    Shu-Jui Valvo, Traditional IRA
    Fidelity Investments, Custodian
    Dublin, CA

95. Stephen J. McCrann, DDS
    Needham, MA

96. Thomas A. Zebley
    Woodstock, GA

97. Tuan Q. Vu
    Seattle, WA

98. Vera A. Whiteside
    Shiloh, IL

99. Aviva Orner
    Hayward, CA

100. Blake Miller
     Irvine, CA

101. Denis R. Schiller &
     Angela C. Schiller
     Vancouver, WA

102. Donald L. Snowden &
     Parker Smith Trust
     as requested by Donald L. Snowden, Trustee
     Cumming, GA

103. George N. Salovich
     Ronan, MT

104. Howard Burkhart
     Saratoga, CA

105. Jack A. Matalka &
     Raida S. Matalka
     Salinas, CA

106. Gurbinder Singh
     Dublin, CA

107. John Beasley
     Sparta, TN

# Exhibit 1

108. Larry L. Gates &
Susan D. Gates
Atascadero, CA

109. Larry E. Holland
Lake Forest Park, WA

110. Reza Hosseini
Fremont, CA

111. Roderick J. Houston
Annapolis, MD

112. Warren Jameson &
Louise Jameson (deceased)
as requested by Warren Jameson
Waldwick, NJ

113. Axel Iverson
Seattle, WA

114. Dale Wayne Ficquette
Winter Park, FL

115. Garrett Hazelton
Arcadia, CA

116. Parin Patel &
Parin Patel, Roth IRA Acct.
Richmond, CA

117. Greg Baglin
Daytona Beach, FL

118. Joel Robinson
Sumner, TX

119. Kenneth Feldman
Longwood, FL

120. Kristian Faust
Frankfurt / Main, Germany

121. S. Kent Christenberry &
Debra S. Christenberry
Oklahoma City, OK

122. Jan E. Balas
Novato, CA