## Exhibit 1

1. Beth B. Parrott
   Lexington, SC

2. Richard R. Brown
   Seattle, WA

3. Ernest A. Neumann &
   H. Rudean Neumann
   Coeur d'Alene, ID

4. Judy M. Morgan
   Arvada, CO

5. Norma Jean Shaw
   Kettle Falls, WA

6. Albert E. Shaw (deceased)
   as requested by Norma Jean Shaw
   Kettle Falls, WA

7. Steadman Family Living Trust
   as requested by H. Douglas Steadman
   and Jurene N. Steadman, Trustees
   San Antonio, TX

8. Fanny P. Wang
   Shoreline, WA

9. Estate of Lydia Wang
   as requested by Fanny P. Wang,
   Executor
   Shoreline, WA

10. Bernd Dombrowski
    Blankenfelde, Germany

11. Carl Sander
    Seattle, WA

12. Eloise E. Bariel
    as requested by Nola J. Edwards,
    power of attorney
    Sultan, WA

13. Joan A. Salmon
    Tucson, AZ

14. Joseph Re
    Dumont, NJ

15. Robert L. King Living Trust
    as requested by Robert L. King,
    Trustee
    Palm Desert, CA

16. Shelley K. Jones &
    Shelly K. Jones Roth IRA
    Portland, OR

17. Billy Baldwin
    TOD ET AL
    North Hollywood, CA

18. Cecile C. Kelly
    Bronxville, NY

19. Frank Latos
    Gehrden, Germany

20. Jack E. Silburn
    Lincoln, CA

21. James Wehling
    Bedford, PA

22. Mengkui Luo
    Federal Way, WA

23. Mingji Li
    Federal Way, WA

24. Eduard Dvorak
    Augsburg, Germany

25. LaDelle H. Ray &
    Milton D. Ray (deceased)
    as requested by LaDelle H. Ray
    Brandon, MS

26. U/A DTD Patrick and Ana Rizzieri
    Trust as requested by Patrick N.
    Rizzieri & Ana L. Rizzieri, Trustees
    Albuquerque, NM

## Exhibit 1

27. Edward M. Block Living Trust TR u/a 5/27/80
    as requested by Edward M. Block, Trustee
    Las Vegas, NV

28. H. Paul Block Living Trust TR u/a 5/27/80
    as requested by H. Paul Block, Trustee
    Las Vegas, NV

29. Stuart M. Lockwood &
    Mary E. Lockwood
    Cumming, GA

30. David O. Putnam
    George, WA

31. Larry E. Wallace &
    Sherry L. Wallace (deceased)
    as requested by Larry E. Wallace
    Crown Point, IN

32. Linda K. Warman Revocable Trust
    as requested by Linda K. Warman, Trustee
    Kunkletown, PA

33. June L. Mangus
    Denver, CO

34. Jamal Carver
    Hartford, CT

35. Ross W. Silver
    Puyallup, WA

36. Nathaniel Davis
    Sacramento, CA

37. Douglas B. Smith
    Naples, FL

38. Tom Crockett
    Boca Raton, FL

39. The Garrett Family Trust
    as requested by Elaine G. Collins, Trustee
    Landrum, SC

40. Christopher H. Smith
    Shingle Springs, CA

41. Donald L. Harris
    Elkins, WV

42. Amey H. Enomoto
    Monterey Park, CA

43. Fumi Ariyasu
    Montebello, CA

44. Thomas Christopher Grupa
    Houston, TX

45. Marvin Leininger &
    Deborah Leininger
    Glen Allen, VA

46. Stuart Sutley
    Blythe, CA

47. Kyle Crampton
    Chino Hills, CA

48. Eugene Wald & Esther Wald Trust U/A July 16, 1990
    as requested by Nancy J. Walder
    Van Nuys, CA

49. Albert L. Todd
    Sherwood, OR

50. Emmanuel Agba
    Ames, IA

51. Miralem Sljoka
    Houston, TX

52. Lawrence E. Dyal &
    Nancy H. Dyal
    Cocoa, FL

## Exhibit 1

53. Susan Israel Bensen
    Missoula, MT

54. Joan Casey
    Corvallis, OR

55. Mary Jane Casey
    Corvallis, OR

56. John Casey
    Corvallis, OR

57. Robert J. Lee
    Flushing, NY

58. Donna Kay Hoffman
    Kent, WA

59. David William Hoffman
    Kent, WA

60. Wayne DS Wong
    Seattle, WA

61. Joseph P. Manion &
    Janet E. Manion
    Fenton, MO

62. Emilio A. Vazquez,
    Emilio A. Vazquez, Jr. &
    Alejandro M. Vazquez
    Miami, FL

63. Savuth Ok
    Holland, MI

64. Andrés Binder &
    Patricio Binder
    Closter, NJ

65. Wilhelmus J. Van Oldenmark &
    Alberta Van Oldenmark
    Vista, CA

66. Susan Steele
    Mill Valley, CA

67. Kenderick Stubbs
    Centreville, VA

68. Sharolyn Heiy
    The Villages, FL

69. Neal A. Baillargeon & Jan E.
    Baillargeon McEneny Trs
    FBO Marie C. Baillargeon Trust
    U/A 3/31/92
    as requested by Marie C. Baillargeon
    Calabash, NC

70. Eva Kaytes Revocable Trust U/A
    DTD 7/16/2007
    as requested by Eva Kaytes, Trustee
    Danbury, CT

71. Ronald J. Larsen
    Kirkland, WA

72. Patricia J. Oman
    Everett, WA

73. John Michael Williams
    Wilsonville, OR

74. Miralem Sljoka Roth IRA
    TD Ameritrade Clearing Custodian
    Houston, TX

75. Jon B. Erickson
    Dublin, CA

76. Vladimir Keselman &
    Vladimir Keselman, IRA Acct.
    Brooklyn, NY

77. Lanny Hochhalter
    Salem, OR

78. Danois G. Madrid
    Daly City, CA

79. Jaron C. Whitton
    as requested by Denise G. Whitton,
    Custodian
    Ketchikan, AK

## Exhibit 1

80. Joron J. Whitton
    as requested by Denise G. Whitton, Custodian
    Ketchikan, AK

81. Nellie Gettys Campbell Trust
    as requested by Nellie G. Campbell, Trustee & Nellie G. Campbell
    Clinton, SC

82. Daniel C. Pippinger
    Bainbridge Island, WA

83. Robert Allen Pierce
    Lexington, MA

84. Jerome M. Powell
    Germantown, WI

85. Judy E. Hochhalter
    Salem, OR

86. Kim Chwee Cham
    Austin, TX

87. Loren Roberts
    Santa Monica, CA

88. Melvin Mark Solway
    Northridge, CA

89. Michael M. Angello
    & Robert J. Angello
    San Diego, CA

90. Michael S. Bartsch
    Menlo Park, CA

91. Naveen Kompally
    Guilderland, NY

92. Paul G. Person
    Yorktown, TX

93. Robert T. Patelski, Jr.
    Edgewater, MD

94. Shu-Jui Valvo, Rollover IRA &
    Shu-Jui Valvo, Traditional IRA
    Fidelity Investments, Custodian
    Dublin, CA

95. Stephen J. McCrann, DDS
    Needham, MA

96. Thomas A. Zebley
    Woodstock, GA

97. Tuan Q. Vu
    Seattle, WA

98. Vera A. Whiteside
    Shiloh, IL

99. Aviva Orner
    Hayward, CA

100. Blake Miller
     Irvine, CA

101. Denis R. Schiller &
     Angela C. Schiller
     Vancouver, WA

102. Donald L. Snowden &
     Parker Smith Trust
     as requested by Donald L. Snowden, Trustee
     Cumming, GA

103. George N. Salovich
     Ronan, MT

104. Howard Burkhart
     Saratoga, CA

105. Jack A. Matalka &
     Raida S. Matalka
     Salinas, CA

106. Gurbinder Singh
     Dublin, CA

107. John Beasley
     Sparta, TN

## Exhibit 1

108. Larry L. Gates &
     Susan D. Gates
     Atascadero, CA

109. Larry E. Holland
     Lake Forest Park, WA

110. Reza Hosseini
     Fremont, CA

111. Roderick J. Houston
     Annapolis, MD

112. Warren Jameson &
     Louise Jameson (deceased)
     as requested by Warren Jameson
     Waldwick, NJ

113. Axel Iverson
     Seattle, WA

114. Dale Wayne Ficquette
     Winter Park, FL

115. Garrett Hazelton
     Arcadia, CA

116. Parin Patel &
     Parin Patel, Roth IRA Acct.
     Richmond, CA

117. Greg Baglin
     Daytona Beach, FL

118. Joel Robinson
     Sumner, TX

119. Kenneth Feldman
     Longwood, FL

120. Kristian Faust
     Frankfurt / Main, Germany

121. S. Kent Christenberry &
     Debra S. Christenberry
     Oklahoma City, OK

122. Jan E. Balas
     Novato, CA